UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNEST P. HOWLAND
Plaintiff,

v.

HOME DEPOT U.S.A., INC.
Defendant.

Civil Action No. _____

CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT
HOME DEPOT U.S.A, INC.

**04 CV 11466 RWZ**

Defendant HOME DEPOT U.S.A, INC. ("Home Depot"), pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, submits the following corporate disclosure statement:

1. The ultimate parent company of Home Depot U.S.A., Inc. is The Home Depot, Inc., a publicly owned corporation. The Home Depot, Inc. owns the company that owns Home Depot, U.S.A., Inc.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

_____
Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

Dated: June 28, 2004

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 28th day of June 2004.

_____
Leah M. Moore