| | | | |
|---|---|---|---|
| **Civil DOCKET** | **DOCKET NUMBER** 200415CV001004 | **Trial Court of Massachusetts District Court Department** | |

| CASE NAME |
|---|
| ERNEST P. HOWLAND vs. HOME DEPOT U.S.A. |

**CURRENT COURT**

Brockton District Court
215 Main Street
P.O. Box 7610
Brockton, MA 02303-7610
(508) 587-8000

| ASSOCIATED DOCKET NO. | DATE FILED | DATE DISPOSED |
|---|---|---|
| | 06/03/2004 | 09/20/2004 |

**PLAINTIFF(S)**

P01   ERNEST P. HOWLAND
      83 FORD ST.
      BROCKTON, MA

**PLAINTIFF'S ATTORNEY**

CHARLES E. BERG
226 MONTELLO STREET
BROCKTON, MA 02301
(508) 583-8562

*04-11466RWZ*

**DEFENDANT(S)/OTHER SINGLE PARTIES**

D01   HOME DEPOT U.S.A.
      2455 PACES FERRY RD.
      ATLANTIA, GA

**DEFENDANT'S ATTORNEY**

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 1 | 06/03/2004 | Complaint filed on 06/03/2004 at Brockton District Court. |
| 2 | 06/03/2004 | Appearance for Ernest P. Howland filed by Attorney CHARLES E. BERG 226 Montello Street Brockton MA 02301 BBO# 038580 |
| 3 | 06/03/2004 | Filing fee of $185.00 and surcharge of $15.00 paid (G.L. c.262 §§ 2 & 4C). |
| 4 | 06/03/2004 | Statement of damages filed by P01 ERNEST P. HOWLAND (Dist./Mun.Cts.Supp.R.Civ.P. 102A). $24,500.00 AF |
| 5 | 06/03/2004 | DISMISSAL UNDER STANDING ORDER 1-88 TIME STANDARDS potentially applicable on 06/03/2005 05:00 PM. |
| 6 | 06/03/2004 | ANNUAL CIVIL LITIGATION FEE DUE TO BE ASSESSED on 06/30/2005 05:00 PM. |
| 7 | 06/17/2004 | Return of service on complaint and summons to D01 HOME DEPOT U.S.A.: Certified mail returned DELIVERED; signed receipt returned ON 6/10/04. |

Page 1 of 2    A TRUE COPY, ATTEST: X   CLERK-MAGISTRATE/ASST. CLERK   *Kevin P. Curdo*   DATE 9-20-04

Date/Time Printed: 09/20/2004 08:44 AM

# DOCKET CONTINUATION

**DOCKET NUMBER:** 200415CV001004

| NO. | ENTRY DATE | DOCKET ENTRIES |
|---|---|---|
| 8 | 07/01/2004 | Defendant's Notice of Filing Notice of Removal to Federal Court filed |
| 9 | 09/20/2004 | DISMISSAL UNDER ST. ORDER 1-88 SCHEDULED on 6/3/05 CANCELED. Reason: Brought forward. (Case transferred to US Federal Court) |
| 10 | 09/20/2004 | ANNUAL FEE TO BE ASSESSED SCHEDULED on 6/30/05 CANCELED. Reason: Brought forward. (Case transferred to US Federal Court) |
| 11 | 09/20/2004 | Case transferred our from Brockton District Court to United States District Court: NOTICE OF REMOVAL of U.S. DISTRICT COURT. |
| 12 | 09/20/2004 | Case Inactivated: No future events scheduled. |
| 13 | 09/20/2004 | Notice sent to parties. |

Page 2 of 2

Date/Time Printed: 09/20/2004 08:44 AM

A TRUE COPY, ATTEST:

CLERK-MAGISTRATE/ASST. CLERK

X _Kevin P. Cu_____

DATE: 9.20.04

**The Brockton Trial Court**
District Court Department
215 Main Street P.O. Box 7610
Brockton, MA. 02303-7610
508-587-8000
Fax: 508-587-0034

DAVID G. NAGLE
FIRST JUSTICE

KEVIN P. CREEDON
CLERK MAGISTRATE
JEAN-ELLEN OUELLETTE-KENNEY
CHIEF PROBATION OFFICER

Plymouth, ss

District Court Department
Brockton Division
Docket # 0415-CV-1004

Ernest P. Howland

v.

Home Depot U.S.A., Inc.

## ORDER OF TRANSFER

THE ABOVE MATTER HAS BEEN TRANSFERRED TO <u>UNITED STATES DISTRICT COURT</u> FOR The District of Massachusetts, BOSTON, MASSACHUSETTS ON <u>9/20/04.</u>

By the Court,

*Kevin P. Creedon*

Kevin P. Creedon - Clerk-Magistrate

CC: Plaintiff Counsel:   Charles E. Berg, Esq.
226 Montello St
Brockton, MA 02301

Defendant Counsel:   Robert P. Joy, Esq
Morgan, Brown & Joy, LLP
One Boston Place
Boston, MA 02108

| **NOTICE TO THE PARTIES** | DOCKET NUMBER<br>**200415CV001004** | **Trial Court of Massachusetts**<br>**District Court Department** |
|---|---|---|

CASE NAME **ERNEST P. HOWLAND vs. HOME DEPOT U.S.A.**

| PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED<br><br>COURT COPY | CURRENT COURT<br>**Brockton District Court**<br>215 Main Street<br>P.O. Box 7610<br>Brockton, MA 02303-7610<br>(508) 587-8000 |
|---|---|
| ATTORNEY FOR PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED<br><br>COURT COPY | ROOM/SESSION |

⬅⬅⬅⬅ WHEN YOU MUST APPEAR ⬅⬅⬅⬅

**TO THE PARTIES TO THIS CASE:**

Case transferred to United States District Court

| DATE ISSUED<br>09/20/2004 | CLERK-MAGISTRATE<br>C-M Kevin P. Creedon |
|---|---|

Date/Time Printed:    09/20/2004 08:42 AM

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.	BROCKTON DISTRICT COURT
TRIAL COURT
CIVIL ACTION NO. 0415 CV 1004

ERNEST P. HOWLAND
    Plaintiff,

v.	NOTICE OF REMOVAL OF
ACTION TO FEDERAL COURT

HOME DEPOT U.S.A., INC.
    Defendant.

TO:    Clerk
District Court for Plymouth County
215 Main Street
Brockton, Massachusetts 02301

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, a Notice of Removal (with attachments thereto) and a Notice to Opposing Counsel of Notice of Removal are being filed this day with the Clerk of the United States District Court for the District of Massachusetts. Copies of said Notice of Removal and a Notice to Opposing Counsel of Notice of Removal are attached hereto.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

/s/ Robert P. Joy
Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

Date: June 28, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 28th day of June 2004.

/s/ Leah M. Moore
Leah M. Moore

2

# COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.                                          BROCKTON DISTRICT COURT
                                                       TRIAL COURT
                                                       CIVIL ACTION NO. 0415 CV 1004

---

ERNEST P. HOWLAND
Plaintiff,

v.                                                     NOTICE TO COUNSEL OF
                                                       REMOVAL OF ACTION
HOME DEPOT U.S.A., INC.                                TO FEDERAL COURT
Defendant.

---

TO:   Charles E. Berg, Esquire
      Office of Albert E. Grady
      226 Montello Street
      Brockton, Massachusetts 02401


PLEASE TAKE NOTICE that Defendant Home Depot, U.S.A., Inc., in the above-captioned matter, has on the 28th day of June 2004 filed in the United States District Court of the District of Massachusetts, its Notice of Removal of the above-styled action from the District Court, Plymouth County, Brockton, Massachusetts, (a copy of said Notice is attached hereto) to the United States District Court for the District of Massachusetts, at Boston, Massachusetts, together with copies of the Complaint filed by the Plaintiff in the District Court, Plymouth County, Brockton, Massachusetts.

You are also advised that said Defendant, upon filing said Notice, filed a Notice of Removal to Federal Court with the Clerk, District Court, Plymouth County, Brockton, Massachusetts, and attached thereto copies of the following: (1) Notice of Removal with exhibits

attached thereto; and (2) the Notice to Counsel of Removal of Action to Federal Court.

Such action has effected the removal of this action to the United States District Court for the District of Massachusetts, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446 and no further proceedings may be had in this state court action.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

Date: June 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 25 day of June 2004.

Leah M. Moore

2

I HEREBY ATTEST AND CERTIFY ON _6-28-04_
THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 JUN 28
DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ERNEST P. HOWLAND<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br>Defendant. | Civil Action No. _____<br><br>**NOTICE OF REMOVAL** |

**04 CV 11466 RWZ**

TO: The Honorable Judges of the
United States District Court
District of Massachusetts

Petitioner, Home Depot, U.S.A., Inc. (hereinafter "Defendant" or "Home Depot"), Defendant in the above entitled action, states:

1. Defendant desires to exercise its rights under the provisions of 28 U.S.C. § 1441, *et seq.*, to remove this action from the District Court for Plymouth County, Brockton, Massachusetts, in which said cause is now pending under the name and style, *Ernest P. Howland, Plaintiff v. Home Depot U.S.A., Inc., Defendant*, Civil Action No. 0415-CV-1004. Defendant Home Depot was served a Summons and a copy of a Complaint in this action on or about June 7, 2003. A copy of the Summons and Complaint are attached hereto as Exhibit A. The only other papers served in this matter were initial discovery requests by Plainitff.

2. The above-described action is one of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this court by Defendant, pursuant to the provisions of 28 U.S.C. § 1441, wherein it is a civil action that alleges and arises in part under a law of the United States, specifically under the Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §2601, *et seq.*, as amended.

3. Defendants are filing this notice within thirty (30) days of service of the Summons and Complaint, as required by 28 U.S.C. § 1446.

4. Defendants will file a Notice of Filing of Removal of Action to Federal Court and a copy of this Notice of Removal with the Clerk, District Court for Plymouth County, 215 Main Street, Brockton, Massachusetts 02301, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

5. Defendants will serve written Notice to Opposing Counsel of Removal of Action to Federal Court, and copies of this Notice of Removal on opposing counsel pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit C.

WHEREFORE, Defendant Home Depot, U.S.A., Inc. prays that the above action now pending against it in the District Court for Plymouth County, Brockton, Massachusetts be removed therefrom to this Court.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

_____
Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

Date: June 28, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 28th day of June 2004.

_____
Leah M. Moore

3

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Ernest P. Howland

**DEFENDANTS**
Home Depot USA, Inc.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Charles E. Berg, Esq.
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
Telephone: 508-583-8562

**ATTORNEYS (IF KNOWN)**
Robert P. Joy, Esq. / Leah M. Moore, Esq
Morgan, Brown & Joy, LLP
One Boston Place, Suite 1616
Boston, MA 02108-4472
Telephone: 617-523-6666

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
|  |  / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  |  |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth In Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability |  | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **HABEAS CORPUS:** |  | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 890 Other Statutory Actions |
|  |  | ☐ 555 Prison Condition |  | ☐ 871 IRS — Third Party 26 USC 7609 |  |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This action is brought by Plaintiff under both federal and Massachusetts state law and is removed to this Court on the basis of federal question jurisdiction. (28 U.S.C. section 1441)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23    **DEMAND $** 24,500.00    CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY:** (See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE June 28, 2004    SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____
   _____Ernest P. Howland v. Home Depot U.S.A., Inc._____

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___  V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   _____None to removing party's knowledge._____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?    YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)    YES ☐   NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                        YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?    YES ☐   NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).    YES ☐   NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? -
   (SEE LOCAL RULE 40.1(D)).    YES ☐   NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?    YES ☐   NO ☒
   (a) IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?_____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? Plaintiff resides in
                                                                          Southeastern Massachusetts

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION: YES ☐  NO ☐       OR WESTERN SECTION: YES ☐  NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME_____
ADDRESS_____
TELEPHONE NO._____

(Categfrm.rev - 3/97)

Uniform Form DCM-13
AR4 - 76

# Commonwealth of Massachusetts

## TRIAL COURT OF MASSACHUSETTS
## DISTRICT COURT DEPARTMENT
## BROCKTON DIVISION

Plymouth, ss

Civil Action No. 0415 CV 1004

## SUMMONS
(Rule 4)

To defendant  Home Depot U.S.A., Inc.  of  2455 Paces Ferry Road, Atlanta, Georgia
                    (NAME)                              (ADDRESS)

You are hereby summoned and required to serve upon  Charles E. Berg  attorney), whose address is  226 Montello St., Brockton, MA 02301 , plaintiff(s) a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS, David G. Nagle, First Justice, on  June 7, 2004
                                                                       (Date)

SEAL

_____
Clerk/Magistrate

Note: (1) When more than one defendant is involved, the name of all defendants should appear in the action. If a seperate summons is used for each defendant, each should be addressed to the particular defendant.

(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

## RETURN OF SERVICE

On _____,  I served a copy of the within summons, together with a copy of the complaint in
      (Date of Service)

this action, upon the within name defendant, in the following manner (see Rule 4 (d) (1-5):

_____
(Signature)

_____
(Name and Title)

_____
(Address)

Note: (1) The person serving the process shall make proof of service thereof in writing to the court and to the party or his attorney. As the case may be, who has requested such service. Proof of service shall be made promptly and in any event within the same time during which the person served must respond to the process. Rule 4(f).

(2) Please place date you make service on defendant in the box on the copy served on the defendant, on the original returned to the court and on the copy returned to the person requesting service or his attorney.

(3) If service is made at the last and usual place of abode, the officer shall forthwith mail first class a copy of the summons to such last and ususal place of abode, and shall set forth in the return the date of mailing and the address to which the summons was sent (G.L. c.223, sec. 31).

This form prescribed by the Chief Justice of the District Court

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

PLYMOUTH, SS                                              BROCKTON DISTRICT COURT
                                                          CIVIL ACTION

*********************
                    *                                     No. 0415 CV 1004
ERNEST P. HOWLAND,  *
                    *
           Plaintiff,*
v.                  *
                    *
HOME DEPOT U.S.A., INC., *
                    *
           Defendant.*
                    *
*********************

## COMPLAINT and JURY CLAIM

1. Plaintiff is an individual of legal age and resides at 83 Ford Street, Brockton, Plymouth County, Massachusetts.

2. Defendant, Home Depot U.S.A., Inc., ("Home Depot") is a business corporation organized under the laws of the State of Georgia having a principal place of business at 2455 Paces Ferry Road, Atlanta, Georgia.

3. Defendant, Home Depot, employed plaintiff as a department head at its retail home improvement store in Avon, Norfolk County, Massachusetts.

4. In April, 2004, plaintiff was entitled by the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601, et seq. ("FMLA") to and properly applied to defendant for a leave of absence to enable him to provide care for his wife who was scheduled to deliver their first child by Cesarian section, following a difficult pregnancy.

5. On or about April 14, 2004, in retaliation for plaintiff's exercise of his rights under the FMLA, the defendant discharged plaintiff and terminated his health benefits.

6. As a direct result of being discharged by defendant plaintiff has suffered monetary loss from loss of wages and benefits which losses, despite his best efforts to mitigate same, are continuing.

1

7. As a result of being discharged by defendant shortly before his wife was scheduled for cesarian delivery of their first child, plaintiff suffered great mental anguish and severe emotional distress, which anguish and distress are continuing.

## COUNT ONE (FMLA)

8. Plaintiff reasserts the facts alleged in paragraphs one through seven, inclusive and such allegations are fully and completely incorporated in this count of the complaint.

9. Defendant's retaliatory discharge of plaintiff was in violation of the FMLA.

10. WHEREFOR plaintiff demands judgment against defendant pursuant to the FMLA, 29 U.S.C. § 2617, for compensation for his actual monetary damages measured by his retrospective loss of wages and benefits, including, without limitation, his medical, hospital and other out-of-pocket expenses; for front pay, or, in the alternative, for an order that he be reinstated by defendant to his former position; for liquidated damages of twice his actual damages; for his attorney's fees; interest; expert fees and costs and for such further relief to which he may be found entitled.

## COUNT TWO (TORT)

11. Plaintiff reasserts the facts alleged in paragraphs one through seven, inclusive and such allegations are fully and completely incorporated in this count of the complaint.

12. Defendant's discharge of plaintiff was done with the knowledge that plaintiff and his wife were expecting the imminent birth of their first child following a difficult pregnancy for plaintiff's wife who had suffered significant and serious health problems in the past and with the knowledge that such action was likely to cause them severe emotional distress and mental anguish.

13. WHEREFOR plaintiff demands judgment against defendant for compensation for his monetary damages measured by his loss of earning capacity, for his medical and other out-of-pocket expenses and for severe emotional distress and mental anguish and his pain and suffering resulting therefrom.

## JURY CLAIM

Plaintiff demands trial by jury in superior court pursuant to General Laws, c. 231, §§ 103, 104.

2

                                        Plaintiff, by his/her attorneys.

                                        Albert E. Grady (BBO # 206020)

                                        Charles E. Berg (BBO # 038580)
                                        OFFICE OF ALBERT E. GRADY
                                        226 Montello Street
                                        Brockton, MA 02401
                                        Tel: 508 583-8562
Dated: May 24, 2004                      *Fax: 508 586-0734*

C:\OFFICE\WPWIN\WPDOCS\CEBDOCS\CLIENT\HOWLANDE\FMLACOMP.WPD

3

COMMONWEALTH OF MASSACHUSETTS
TRIAL COURT

PLYMOUTH, SS                                    BROCKTON DISTRICT COURT
                                                CIVIL ACTION

* * * * * * * * * * * * * * * * * * *
                                    *           No. 0415 CV 1004
ERNEST P. HOWLAND,                  *
                                    *
            *Plaintiff*,             *
v.                                  *
                                    *
HOME DEPOT U.S.A., INC.,            *
                                    *
            *Defendant*.             *
* * * * * * * * * * * * * * * * * * *

## STATEMENT OF DAMAGES

[√] Plaintiff  [ ] Defendant  [ ] Other (specify) _____ in the above-captioned action, hereby asserts that the money damages (i.e., actual damages only, not including liquidated damages under FMLA, attorney's fees, costs or interest) sought by means of the [√] complaint, [ ] crossclaim, [ ] counterclaim to which this statement of damages is attached, amount to $24,500.00

FORM DCM-39

                                                Plaintiff, by his/her attorneys,


                                                _____
                                                Albert E. Grady (BBO # 206020)

                                                *[signature]*
                                                Charles E. Berg (BBO # 038580)
                                                OFFICE OF ALBERT E. GRADY
                                                226 Montello Street
                                                Brockton, MA 02401
                                                Tel: 508 583-8562
Dated: May 24, 2004                             *Fax: 508 586-0734*

C:\OFFICE\WPWIN\WPDOCS\CEBDOCS\CLIENT\HOWLANDE\STATDAMA.WPD