COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.	BROCKTON DISTRICT COURT
TRIAL COURT
CIVIL ACTION NO. 0415 CV 1004

ERNEST P. HOWLAND
    Plaintiff,

v.	NOTICE OF REMOVAL OF
ACTION TO FEDERAL COURT

HOME DEPOT U.S.A., INC.
    Defendant.

TO:   Clerk
District Court for Plymouth County
215 Main Street
Brockton, Massachusetts 02301

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, a Notice of Removal (with attachments thereto) and a Notice to Opposing Counsel of Notice of Removal are being filed this day with the Clerk of the United States District Court for the District of Massachusetts. Copies of said Notice of Removal and a Notice to Opposing Counsel of Notice of Removal are attached hereto.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

_____
Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

Date: June 28, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 28th day of June 2004.

_____
Leah M. Moore

COMMONWEALTH OF MASSACHUSETTS

**PLYMOUTH, ss.**                                             **BROCKTON DISTRICT COURT**
                                                              **TRIAL COURT**
                                                              **CIVIL ACTION NO. 0415 CV 1004**

ERNEST P. HOWLAND
   Plaintiff,

v.                                                            **NOTICE TO COUNSEL OF**
                                                              **REMOVAL OF ACTION**
                                                              **TO FEDERAL COURT**

HOME DEPOT U.S.A., INC.
   Defendant.


TO:   Charles E. Berg, Esquire
      Office of Albert E. Grady
      226 Montello Street
      Brockton, Massachusetts 02401

   PLEASE TAKE NOTICE that Defendant Home Depot, U.S.A., Inc., in the above-captioned matter, has on the ___ day of June 2004 filed in the United States District Court of the District of Massachusetts, its Notice of Removal of the above-styled action from the District Court, Plymouth County, Brockton, Massachusetts, (a copy of said Notice is attached hereto) to the United States District Court for the District of Massachusetts, at Boston, Massachusetts, together with copies of the Complaint filed by the Plaintiff in the District Court, Plymouth County, Brockton, Massachusetts.

   You are also advised that said Defendant, upon filing said Notice, filed a Notice of Removal to Federal Court with the Clerk, District Court, Plymouth County, Brockton, Massachusetts, and attached thereto copies of the following: (1) Notice of Removal with exhibits

attached thereto; and (2) the Notice to Counsel of Removal of Action to Federal Court.

Such action has effected the removal of this action to the United States District Court for the District of Massachusetts, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446 and no further proceedings may be had in this state court action.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666

Date: June 28, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this ___ day of June 2004.

Leah M. Moore

2