UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNEST P. HOWLAND
        Plaintiff,

v.

HOME DEPOT U.S.A., INC.
        Defendant.

C.A. No. 04 CV 11466 (RWZ)

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**

NOW COME the parties and respectfully request a two (2) month extension of the discovery period and the amendment of the scheduling order issued in the above-captioned matter. Specifically, and for the reasons set forth below, the parties request extensions of the following deadlines:

| Event | Requested Deadline |
|---|---|
| All motions for amendments to pleadings filed | March 6, 2005 |
| Fact discovery complete | April 1, 2005 |
| Plaintiff to disclose expert witnesses | April 1, 2005 |
| Defendants to disclose expert witnesses | May 15, 2005 |
| Depositions of all experts complete | June 15, 2005 |
| Motions under FRCP 56 filed | May 15, 2005 |
| Oppositions to motions under FRCP 56 filed | June 6, 2005 |
| Final pre-trial conference held and firm trial date set | September 2005 |

2

As grounds for their motion, the parties state that they are currently engaged in the discovery process.  However, the parties believe that they will be unable to complete discovery by the February 1, 2004 deadline contained in the present scheduling order due, in part, to the fact that counsel for Defendant is in the process of moving its offices and the interruption caused by the intervening holiday period.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court extend the discovery period and amend the Scheduling Order as set forth above.

Respectfully submitted,

| | |
|---|---|
| OFFIC OF ALBERT E. GRADY | MORGAN, BROWN & JOY, LLP |
| Attorney for Plaintiff | Attorneys for Defendant |
| 226 Montello Street | 200 State Street |
| Brockton, MA 02401 | Boston, MA 02109 |
| | |
| By:__s/ Michael Johnston_ | By: __s/ Leah M. Moore__ |
|     Charles E. Berg, Esq. |     Robert P. Joy, Esq. |
|     Michael Johnston, Esq. |     Leah M. Moore, Esq. |

Dated: December 26, 2004