UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST P. HOWLAND<br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br>Defendant. | Civil Action No. 04 CV 11466 (RWZ) |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that effective December 24, 2004, the address for the undersigned counsel will be:

> Morgan, Brown & Joy, LLP
> 200 State Street, 11th Floor
> Boston, MA 02109-2605

The firm's phone number (617-523-6666) and fax number (617-367-3125) are not changing.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

*/s/ Robert P. Joy*
Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, Massachusetts  02108
617-523-6666 (phone)
617-367-3125 (fax)

Date: December 21, 2004

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 21st day of December 2004.

_____
Leah M. Moore