UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERNEST P. HOWLAND
        Plaintiff,

v.

HOME DEPOT U.S.A., INC.
        Defendant.

C.A. No. 04 CV 11466 (RWZ)

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**

      NOW COME the parties and respectfully request a two (2) month extension of the discovery period and the amendment of the scheduling order issued in the above-captioned matter. Specifically, and for the reasons set forth below, the parties request extensions of the following deadlines:

| Event | Requested Deadline |
|---|---|
| All motions for amendments to pleadings filed | March 6, 2005 |
| Fact discovery complete | June 1, 2005 |
| Plaintiff to disclose expert witnesses | June 1, 2005 |
| Defendants to disclose expert witnesses | July 15, 2005 |
| Depositions of all experts complete | August 15, 2005 |
| Motions under FRCP 56 filed | July 15, 2005 |
| Oppositions to motions under FRCP 56 filed | August 6, 2005 |
| Final pre-trial conference held and firm trial date set | September 2005 |

2

As grounds for their motion, the parties state that they are currently engaged in the discovery process and are attempting to resolve this matter with the assistance of a private mediator. The parties have agreed to postpone certain discovery with the hope that the matter can be resolved through mediation without undergoing extensive discovery and incurring additional costs and fees. In order for the parties to maintain their right to certain discovery should the mediation fail, the parties respectfully request the Court extend the current discovery date by two months, setting a discovery deadline of June 1, 2005.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court extend the discovery period and amend the Scheduling Order as set forth above.

Respectfully submitted,

| | |
|---|---|
| OFFICE OF ALBERT E. GRADY | MORGAN, BROWN & JOY, LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 226 Montello Street | 200 State Street |
| Brockton, MA 02401 | Boston, MA 02109 |
| | |
| By:__s/ Michael Johnston_ | By: __s/ Leah M. Moore__ |
|    Charles E. Berg, Esq. |    Robert P. Joy, Esq. |
|    Michael Johnston, Esq. |    Leah M. Moore, Esq. |

Dated: March 24, 2005