## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST P. HOWLAND<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>　　　　　Defendant. | C.A. No. 04 CV 11466 (RWZ)<br><br>**DEFENDANT'S MOTION<br>FOR SUMMARY JUDGMENT** |

　　　　Defendant Home Depot U.S.A., Inc. ("Home Depot" or "Defendant") hereby moves this Court for summary judgment as to all claims in Plaintiff Ernest P. Howland's ("Howland" or "Plaintiff's) Complaint.

　　　　As grounds for its Motion and as more fully set forth in Defendant's Statement of Undisputed Material Facts and Memorandum of Law submitted herewith, Defendant states that Plaintiff is a former employee at its Avon, Massachusetts store who was terminated after his performance failed to adequately improve over the course of seven months during which time he was placed on three, consecutive sixty day performance improvement plans. Plaintiff alleges that Defendant terminated him in retaliation for requesting leave pursuant to the Family Medical Leave Act ("FMLA"), 29 U.S.C. §2601 *et seq.*, intentionally causing him severe emotional distress.

　　　　Home Depot denies these allegations and states its actions were based upon legitimate, non-discriminatory reasons that warrant no inference of retaliation. The undisputed facts reveal that Howland's termination came after he was placed on three consecutive, documented

performance improvement periods; a fact rendering Plaintiff incapable of proving his termination for poor performance was a pretext for retaliatory discharge. Further, Plaintiff's claim for intentional infliction of emotional distress is barred by the Massachusetts Workers' Compensation statute.

WHEREFORE, Defendant respectfully request that its Motion for Summary Judgment be granted.

### REQUEST FOR HEARING

Defendant requests a hearing on this motion.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

\_\_\_/s/ Leah M. Moore_____
Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
617-523-6666 (phone)
617-367-3125 (fax)

Date:  July 15, 2005

3

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 15th day of July 2005.

                                               /s/ Leah M. Moore
                                               Leah M. Moore