## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST P. HOWLAND<br><br>       Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>       Defendant. | C.A. No. 04 CV 11466 (RWZ)<br><br>**DECLARATION OF LEAH M. MOORE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

LEAH M. MOORE, declares pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1. I am an attorney with Morgan, Brown & Joy, 200 State Street, Boston, Massachusetts 02109, attorneys for Defendant in the above-captioned action. As such, I am familiar with the facts and circumstances surrounding this action.

2. I submit this declaration in support of Defendant's Motion for Summary Judgment and for the purpose of providing the Court with documents in support thereof.

3. On March 29, 2005, Plaintiff Ernest P. Howland's deposition was taken by Defendant in this case. Annexed hereto as Exhibit "A" is a true and accurate copy of the relevant pages of that deposition transcript.

4. On March 30, 2005, the deposition of Kenneth M. Bleakney was taken by Plaintiff in this case. Annexed hereto as Exhibit "B" is a true and accurate copy of the relevant pages of that deposition transcript.

5. Annexed hereto as Exhibit "C" is a true and accurate copy of the August 27, 2003 Discipline Process Tracking Notice issued to Ernest P. Howland.

6. Annexed hereto as Exhibit "D" is a true and accurate copy of the September 8, and 17, 2003 Performance Discussion Tracking Form for Ernest Howland.

7. Annexed hereto as Exhibit "E" is a true and accurate copy of the September 14, 2003 Performance and Development Summary issued to Ernest Howland.

8. Annexed hereto as Exhibit "F" are true and accurate copies of the September 24, 2003 photographs taken of Ernest Howland's Department in the Avon store as it appeared when the district manager walked the store.

9. Annexed hereto as Exhibit "G" is a true and accurate copy of the September 24, 2003 Performance and Development Summary issued to Ernest Howland.

10. Annexed hereto as Exhibit "H" is a true and accurate copy of the November 10, 2003 Performance and Development Summary issued to Ernest Howland.

11. Annexed hereto as Exhibit "I" is the November 19, 2003 Performance Discussion Tracking Form for Ernest Howland incorrectly dated November 19, 2004.

12. Annexed hereto as Exhibit "J" is a true and accurate copy of the February 10, 2004 Performance and Development Summary issued to Ernest Howland.

13. Annexed hereto as Exhibit "K" are true and accurate copies of the March 1, 22, 26 and April 1, 2004 Performance Discussion Tracking Forms for Ernest Howland.

14. Annexed hereto as Exhibit "L" is a true and accurate copy of the April 15, 2004 Termination Notice issued to Ernest Howland.

15. Annexed hereto as Exhibit "M" is a true and accurate copy of the Home Depot AAP/EEO Training Activity Log from August 2003 through December 2004.

Dated:    Boston, Massachusetts
          July 15, 2005

                                                    /s/ Leah M. Moore
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
617-523-6666 (phone)
617-367-3125 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 15th day of July 2005.

                                                /s/ Leah M. Moore
                                                Leah M. Moore