Ernest Howland

21

1        At some point your employment with

2    Home Depot was terminated?

3        A.    Yes.

4        Q.    Do you remember when that was?

5        A.    On the 15th of April 2004.

6        Q.    Did you receive some sort of

7    unemployment compensation?

8        A.    I received unemployment.

9        Q.    At some point did you begin to look

10   for a job after --

11       A.    Immediately.

12       Q.    And what did you do in order to find a

13   job?

14       A.    I started off with the unemployment

15   which they have then called Career Works,

16   started off in there where they help you do your

17   resume, help you go on the Internet because I

18   didn't have the Internet.  They actually work

19   with you.

20       Q.    Okay.  In addition to that, did you do

21   anything else?

22       A.    I went to businesses, putting in my

23   applications.  I sent my resume over the

24   Internet.

Ernest Howland

24

1    A.   I interviewed with many people.  I

2  interviewed with Lowe's.  I interviewed with

3  Ocean State, Shell, Mobil, T-Mobile.  That's all

4  I can remember.  I had quite a few interviews.

5    Q.   Did any of the interviews turn into

6  offers of employment?

7    A.   I was offered with Lowe's at the same

8  time with Ocean State.

9    Q.   Do you remember when that was?

10   A.   In September.

11   Q.   2004?

12   A.   Yeah.

13   Q.   I assume that you accepted employment

14  from one of these?

15   A.   Ocean State Job Lot, yes.

16   Q.   And what caused you to select Ocean

17  State over Lowe's?

18   A.   Lowe's was offering me a department

19  manager.  Ocean State was offering me a

20  management position where I can go up with the

21  company.

22   Q.   Was the salary the same?

23   A.   No.

24   Q.   How was it different?

Ernest Howland

25

1       A.    Well, the job that I got right now,

2  it's different because being a member of

3  management, they pay for my medical, so I kind

4  of took that into consideration.

5       Q.    When you say they paid for your

6  medical, is that for you or for your entire

7  family?

8       A.    They paid for me and for my entire

9  family.

10       Q.    Was your base compensation the same,

11  meaning the amount?

12       A.    Basically, yeah.

13       Q.    Other than receiving offers from

14  Lowe's and Ocean State, did you receive any

15  other offers of employment?

16       A.    No.

17       Q.    Is it fair to assume then that you

18  didn't work at all from May until September of

19  2004?

20       A.    Excuse me?

21       Q.    Is it fair to assume that you did not

22  work from May until September 2004?

23       A.    Absolutely, did not work.

24            MR. JOHNSTON:  I think it was

26

1    April that he got terminated.

2                MS. MOORE:  You're right.  I take

3    that back.

4    BY MS. MOORE:

5         Q.    April 15th?

6         A.    Yep.

7         Q.    Did you ever consider working for your

8    brother?

9         A.    With the painting?

10        Q.    Yes.

11        A.    He's based out of Maryland.

12        Q.    So that would be a no?

13        A.    No.

14        Q.    Did you begin working for Ocean State

15   in September?

16        A.    Yes.

17        Q.    Was it mid, late?

18        A.    Late.  September 20th, if you need the

19   exact.

20        Q.    Are you still employed by Ocean State?

21        A.    Yes.

22        Q.    Are you still in the same position?

23        A.    I'm an assistant manager in the Quincy

24   store.

Ernest Howland

27

1    Q.    Was that the position for which you

2  were hired?

3    A.    The assistant manager, yes.

4    Q.    Were you ever in a store other than

5  the Quincy store?

6    A.    Seekonk.

7    Q.    Is that in Massachusetts?

8    A.    Yes.  It's on the borderline of Rhode

9  Island.

10   Q.    How long were you there?

11   A.    Four weeks for training.

12   Q.    You mentioned that at Ocean State they

13  paid for your entire medical insurance.  What

14  other benefits did they provide you with?

15   A.    The normal, you know.  I get my

16  vacations.

17   Q.    How much vacation time?

18   A.    My first year, after six months you

19  get one week.  When your year's up, you get two.

20  And come January 1st, you automatically get two.

21  I get three personal days and, I believe, six

22  sick days.

23   Q.    Any other benefits?

24   A.    20 percent discount.  That's basically

Ernest Howland

31

1   You said they had knowledge or information about

2   the claims in your lawsuit, the reason why

3   you're suing Home Depot, you suggested that

4   these individuals had information about why you

5   were suing, and I just want to know what it is

6   you think these people know.

7              So what do you think Mr. Boylan knows?

8       A.   Ed Boylan was aware that I requested

9   my vacation.  He's also aware that I ended up

10  requesting to go on the FMLA after I was refused

11  after the fact that I was given it.

12      Q.   Just to make sure I'm clear, you're

13  saying you requested FMLA leave, it was given,

14  and then it was refused?

15      A.   No.  I requested vacation time for my

16  wife's birth.  We knew in advance what day she

17  was even going to have it.  Bill Shea granted me

18  that vacation.  A week before, roughly, I think

19  it was the 7th, the next thing you know, I'm

20  being told I had to fill out another request.

21      Q.   Who told you that?

22      A.   Bill Shea himself.

23      Q.   And what was this request for?

24      A.   For taking a week's vacation for my

Ernest Howland

32

1    wife's -- to have the baby.

2         Q.    So is it your testimony that Bill Shea

3    said to you, I need you to fill out an

4    additional form?

5         A.    The same one.  I did it again, yes.

6         Q.    For the same amount of time?

7         A.    For the same amount of time.

8         Q.    Did he tell you why?

9         A.    He just told me to fill it out.  And I

10   spoke to him in front of Kim Arcikowski that

11   day.

12        Q.    Do you know how to spell that?

13        A.    No.  I think Ken does.

14        Q.    So Mr. Shea approached you in front

15   of --

16        A.    No, I approached Bill in front of.

17        Q.    Why did you approach Bill?

18        A.    Because I was on my way out, and I

19   wanted to confirm that with my vacation, it was

20   like a reminder.

21        Q.    Because it had already been granted?

22        A.    Yeah.  It was just to remind that -- I

23   wanted to make sure that it was put on the

24   schedule that I was going to be off during that

Ernest Howland

33

1    time.

2        Q.    You approached Mr. Shea, and

3    Miss Arcikowski was standing there?

4        A.    Standing right there.

5        Q.    And what was it that you said?

6        A.    I reminded him about the vacation.

7    And he told me I need to fill out the request

8    again after I had already filled it out the

9    first time probably a couple months back.

10       Q.    Did he tell you why?

11       A.    No, he didn't.

12       Q.    Did you ask why?

13       A.    I cannot recall on that.  But to be

14   honest with you, Bill Shea is a person that if

15   he wants something done, you do it.  That's the

16   way he is.  He doesn't give you reasons.

17       Q.    Did you fill out the second request?

18       A.    Yes, I did.

19       Q.    Who did you give it to?

20       A.    Sheila in the computer room.

21       Q.    When did you fill it out?

22       A.    That very day, right after I talked to

23   him.  To my recollection, I believe it was

24   April 7th.

Ernest Howland

34

Q.    And you gave it to Sheila?

A.    I absolutely did.

Q.    And what did Sheila say?

A.    Nothing.  That's what happens.

And then two days later, I went to her on the 9th and asked her about it -- no, I apologize, two days later on the 9th she came to me and gave it back and told me Bill said he denied my request.

Q.    And did you respond to Sheila?

A.    Yeah.  I ended up going to -- even though she took care of that part, we also had someone that did the scheduling, which was Sylvia Ramsdale, and I went to her to see what on that part was it granted, and she said no, so she said she'd get back to me on that.  Even though I got refused on one, do you follow what I'm saying?

Q.    Maybe.  If I don't, I'll ask you a question about it.

A.    All right.  So I went to her after I found out to see if she got the paperwork, to see if it got approved even through her.  She said no.

Ernest Howland

35

1    So she came back to me a couple of

2    days later because she went and talked to Bill,

3    and Bill's exact words to her were, "when my

4    wife had a baby, I only took one day off."

5        Q.    Okay.   I'm going to stop you there.

6    We'll come back, but I just want to make sure

7    we're staying on the same page, and that is, is

8    it your understanding that Ed Boylan has

9    information about these chain of events?

10        A.    Yes.

11        Q.    And why is it you think he has

12    information about the chain of events?

13        A.    Because I had talked to him.

14        Q.    You talked to him about your --

15        A.    On the daily -- as it was progressing.

16    He was my assistant manager.

17        Q.    Anything else Ed Boylan knows beyond

18    the progression of the events?

19        A.    No.

20        Q.    What is it that you believe Ken

21    Bleakney knows?

22        A.    Basically the same thing.   I went to

23    him also.

24        Q.    When you say "the same thing," are you

Ernest Howland

36

1    saying Ken knows the progression of events?

2        A.    Absolutely.  Also, I went to him --

3    well, first Sylvia went to him concerning the

4    FMLA.  That was brought up to me because I

5    wasn't clear about that.  She went and talked to

6    him.

7              And then I found out I was entitled to

8    the FMLA regarding my wife after I got refused

9    on my vacation.

10       Q.    So it's your testimony that that's

11   what he knows about?

12       A.    Absolutely.

13       Q.    Anything else Mr. Bleakney knows

14   about?

15       A.    What are you saying?

16       Q.    I'm just trying to understand what he

17   knows about it.  If he knows about the entire

18   events of your request for leave, that's what

19   you're saying?

20       A.    I'd say yes, yes.

21       Q.    And Jeff Alves?

22       A.    Jeff Alves, that would have been

23   concerning the -- he wasn't aware of what was

24   transpiring on that part.  He was an assistant

Ernest Howland

39

1   Ramsdale?

2        A.    Yes.

3        Q.    Previously you mentioned that she was

4   part of the back-and-forth process for your

5   request being done?

6        A.    Absolutely.

7        Q.    Does she have knowledge or information

8   in addition to the back-and-forth process about

9   your leave request?

10        A.    Absolutely.

11        Q.    What is it?

12        A.    She was there from day one after I got

13   refused from Bill.  She's the one that ended up

14   going to Ken Bleakney to find out about the FMLA

15   after she knew that that law existed and

16   explained it to me, but she went to him to get

17   the information on it completely.

18        Q.    How do you know she went to Ken?

19        A.    Absolutely.

20        Q.    How do you know?

21        A.    Because Ken came to me afterwards.

22        Q.    We'll get there too.

23              What about Dr. Frederick Heller, what

24   information does he have about this lawsuit?

Ernest Howland

41

1      A.    Yeah.

2      Q.    You mentioned that you began to work

3 there, and I believe we decided it was

4 October of 2001?

5      A.    Yeah.

6      Q.    Do you remember with whom you

7 interviewed?

8      A.    Bill Shea, and I don't remember, she

9 was the HR at the time, I do not recall her

10 name.  I started -- she was the first interview.

11      Q.    This was a woman prior to the arrival

12 of Mr. Bleakney?

13      A.    I think she was, like, two or three

14 before him.  People don't stay in that store.

15      Q.    And did Mr. Shea extend the job offer

16 to you?

17      A.    Yes, he did.

18      Q.    At the time you were being interviewed

19 or at another date?

20      A.    I believe it was my second interview

21 with him.  They have a process.  I believe it's,

22 like, at least three interviews.

23      Q.    And what position did he offer you?

24      A.    Part time in the plumbing department.

Ernest Howland

42

        Q.    Was the position for a specified
amount of time?

        A.    No.

        Q.    Was it indefinite?

        A.    (Witness nods).

        Q.    Did you understand that you could quit
your job at any time?

        A.    Yes.

        Q.    Did you understand that you could be
fired at any time?

        A.    Yes.

        Q.    Did you understand or did you ever
hear your employment called at-will?

        A.    Yes.

        Q.    You understood what at-will meant?

        A.    Yes.

        Q.    What is your understanding of at-will
employment?

        A.    That I can quit or be terminated at
the will.

        Q.    Of your employer?

        A.    Yeah.

        Q.    Or your own self?

        A.    I understand that, yeah.

Ernest Howland

45

1    Q.   How long did you stay on the --

2    A.   About two, three months.

3    Q.   Was it a voluntary move?

4    A.   Yes.

5    Q.   Did you request it?

6    A.   On which one?

7    Q.   To move to the freight team.

8    A.   It was offered to me by Bill Shea.

9    Q.   Why?

10   A.   Because I was looking for full time.

11   Q.   When you started with the freight

12   team, did it become full time?

13   A.   Absolutely.

14   Q.   Were you successful in your position?

15   A.   Yes.

16   Q.   And did you typically work 40 hours a

17   week?

18   A.   40 or more.

19   Q.   At some point did you move from the

20   freight team?

21   A.   Yes, I did.

22   Q.   Why did you move?

23   A.   I got interviewed for the department

24   heads position in millwork by Jeff Alves.

Ernest Howland

46

1      Q.   Did you request the interview?

2      A.   I applied for it.  I requested a shot

3 at it, yes.

4      Q.   Do you remember when you -- I assume

5 you were given the position?

6      A.   Yes.

7      Q.   And do you remember when that was?

8      A.   Roughly about the same time.  I didn't

9 stay much longer on night crew.

10     Q.   So we are probably around mid year

11 2002, does that sound accurate?

12     A.   Probably.

13     Q.   When you were a department head in

14 millwork, did you report to Mr. Alves?

15     A.   Absolutely.

16     Q.   How many hours did you work at that

17 time?

18     A.   40 plus.

19     Q.   Did you move back to working days?

20     A.   Days and nights.  Because of being

21 retail, you don't have a set day schedule.

22     Q.   Did you feel you were successful in

23 your position?

24     A.   Yes, I was.

Ernest Howland

47

1    Q.    Did you like your position?

2    A.    I loved it.

3    Q.    At some point did you move from

4    department head of millwork?

5    A.    Yes, I did.

6    Q.    Where did you go?

7    A.    Floor and wall and blinds and

8    wallpaper.

9    Q.    Did you request the transfer?

10    A.    No.  I was approached by the woman

11    prior to Ken Bleakney and Jeff Alves.

12    Q.    Why were you approached?

13    A.    They thought I'd be better off in that

14    department.

15    Q.    Why?

16    A.    Because I was succeeding in the

17    millwork department, they thought I would

18    succeed there.

19    Q.    Is the floor and wall department a

20    more prestigious department than millwork?

21    A.    A much harder and with the special

22    orders that are there, yeah.

23    Q.    Did your transfer to the floor and

24    wall department include a raise?

Ernest Howland

53

1    in at the time the Brockton store opened?

2        A.    Department head.

3        Q.    Millwork or --

4        A.    Floor and wall.

5        Q.    So it was some time late 2002, early

6    2003?

7        A.    I believe they opened up in

8    December of 2003, if I recall.

9        Q.    Okay.  So you spoke with Arnie Sherman

10    about your desire to be transferred to Brockton?

11        A.    Yes.  I spoke with the manager at the

12    time when he was interviewing, which was Bob.  I

13    can't recall his last name.

14        Q.    Meaning the store manager at Brockton?

15        A.    For the Brockton store, right.

16            And a little while later he was

17    actually in our store for a while, he came back

18    to me and told me that Bill wasn't going to

19    allow me to go.  And my reviews were all good,

20    so he thought he wanted to keep me in the store

21    because I was doing very well.

22        Q.    And what was your response to that?

23        A.    I felt really good with a manager

24    speaking like that, that he'd want to keep me in

Ernest Howland

56

1      A.    Yes, I did.

2      Q.    When was that?

3      A.    In 2003, I'd say it was during the --

4    I don't know, like October 2003 maybe.

5      Q.    Okay.  Why did you contact him?

6      A.    I wanted to be transferred out.  Now

7    it was turning into other problems that were

8    happening.

9      Q.    What other problems?

10      A.    I ended up starting getting bad

11    reviews that were unjust.

12      Q.    Who was giving you these reviews?

13      A.    Ed Boylan.

14      Q.    Why did you feel they were unjust?

15      A.    Considering what my reviews were prior

16    to that.  And from the moment he came into the

17    store, I'd say about 10 days later, all of a

18    sudden I get another review after my store

19    manager gave me a review.  It went from here

20    (Indicating) to here (Indicating), and it never

21    came up.  And when I questioned --

22      Q.    Meaning that it went from good to bad?

23      A.    Yes.

24      Q.    And, I'm sorry, I didn't mean to cut

Ernest Howland

58

1    Q.   So you're saying that Mr. Sherman said

2  verbatim that --

3    A.   Push to shove, it would be his manager

4  over an associate.

5    Q.   When you approached the store manager

6  Bill Shea about the fact that you felt the

7  reviews you were receiving from Mr. Boylan were

8  unjust, what was Mr. Shea's response?

9    A.   I cannot recall.  He told me what

10 needed to improve.

11         I also questioned on a lot of the

12 reviews of reasons why I got lower ones which I

13 felt were unjust to start off with.  You know, I

14 was getting bad grade on certain things that

15 weren't being completed.

16    Q.   Okay.

17    A.   When I go to Bill Shea, you try to

18 talk, it's -- he believes in a no-excuse

19 company.  He doesn't want to hear it.  It went

20 into one ear and out the other.  That's point

21 blank.

22    Q.   How many times did you approach

23 Mr. Shea?

24    A.   Many times.