33

1    market and once you click them on then you get
2    a screen that will identify applicants names
3    and the date they made application.
4  Q  These last two pages are what's printed out
5    from the potential candidate coming in and
6    filling out information on a computer screen,
7    is that correct?
8  A  Yes.
9  Q  I know this precedes your arrival at the Home
10   Depot, but do you know if that's how it was
11   done back in October of 2001?
12 A  I really don't know.  I don't know.
13             (Whereupon, the Merit Award was
14   marked Exhibit No. 2.)
15 (BY MR. JOHNSON)
16 Q  All right.  I'm showing you what's been marked
17   as Exhibit 2 and it's Bate stamped in the
18   lower left-hand corner DEF0095.  It appears to
19   be some sort of merit award.  Do you recognize
20   this document?
21 A  Yes.
22 Q  Currently are merit awards issued at the Home
23   Depot in Avon?
24 A  We give merit badges.

37

1   A   Mm-mm.

2   Q   But as far as this merit award, you don't know

3       what transpired when someone received a merit

4       award back in let's say November 2001?

5   A   No, I don't.

6   Q   Are merit awards or badges, are they given

7       only for customer service related issues?

8               MS. MOORE: Objection.

9   A   The only way I can answer that is to say

10      everything we do is to drive customer service.

11  Q   And this one was issued to Ernie Howland for

12      outstanding customer service; is that correct?

13  A   Yes.

14  Q   I'm going to read it and you can tell me if I

15      read it correctly.  It says, Thank you for

16      your willingness to help out.  Keep up the

17      good work with customer service.  Did I read

18      that correct?

19  A   Yes.

20  Q   And that's dated November of 2001?

21  A   Yes.

22              (Whereupon, the Merit Award, dated

23      November 2001 was marked Exhibit No. 3.)

24

38

1    (BY MR. JOHNSON)

2    Q    Again, this Exhibit 3, is another merit award

3         for the month of November 2001; is that

4         correct?

5    A    Yes.

6    Q    Do you recognize that signature above

7         supervisor's signature?

8    A    No, I do not.

9    Q    But it's a different merit award, but for the

10        same month; is that correct, than Exhibit 2?

11              MS. MOORE: Objection.

12   A    It's a separate document.

13   Q    Once again I'm going to read it, if I read it

14        incorrectly, please, tell me.  It says, Ernie

15        Howland outstanding customer service, great

16        attitude and willing to go the extra mile with

17        customer service.  Did I read that correct?

18   A    There's a word there I don't - I can't

19        interpret but --

20   Q    Which word is that?

21   A    Like great attitude then there's a word and

22        then -- which I can't interpret and then it

23        looks like, willing to go the extra mile with

24        customer service.

41

1    Q  Who now is responsible for filling out the new

2        employee review forms?

3    A  Department supervisors.

4    Q  Is Gerald Saint Pierre, the name that's down

5        the bottom of this page 1 of this, is that

6        person still employed by Home Depot?

7    A  Yes.

8    Q  Is that person still employed at the Avon Home

9        Depot?

10   A  Yes.

11   Q  Is it Mr. Pierre?

12   A  Yes.

13   Q  What position does Mr. Pierre hold at the Avon

14       Home Depot?

15   A  Department Supervisor.

16   Q  Which department?

17   A  Garden.

18   Q  If you look at the black bar, there's one,

19       two, three, four, five - seven of them on this

20       page as different categories and it gives a

21       spot for solid performance and for improvement

22       needed; do you see those?

23   A  Yes.

24   Q  On this form it is listed to be Ernest

42

1     Howland's New Associate Review and on this

2     form it's all solid performance; is that

3     correct?

4               MS. MOORE: Objection.  Are you

5     asking about all four pages?

6               MR. JOHNSON: Yes.

7  A  Well, page - I assume it's page one that has

8     his name the top that I can read.  It says,

9     new associate review.  I see that the second

10    page I can't read.  It looks like it's

11    backwards -

12 Q  To be honest with you I think it's the copy I

13    received from your attorney, but I think it's

14    the back page of page one.

15 A  Okay.  -- and then their page three is a

16    narrative.

17 Q  Let's focus on page one, the DEF0091, where it

18    is listing either solid performance or

19    improvement needed, let's say customer

20    cultivation on that first bar up top?

21 A  Yes, I see it.

22 Q  And it says, solid performance, is that the

23    box that's checked?

24 A  Yes.

43

1    Q   Look down the next block it says, willingness

2         to learn, and then it says, comments and/or

3         supporting events, and I'm going to read for

4         you.  I just have a question about something

5         in here.  It says, Ernie has been willing to

6         learn all aspects of his job.  Ernie has

7         completed all required and P, period, K,

8         period, apostrophe S.  What's that?

9    A   Product knowledge.

10   Q   What is product knowledge?  It says, PK,

11        apostrophe, S.  Is there a booklet or

12        something an associate has to learn?

13   A   Yes, these are little booklets that we give to

14        associates during orientation that is part of

15        the orientation package and they are required

16        to read and in some instances, again it

17        depends on the PK, there may be a test that

18        they have to complete and when they complete

19        it, I require that they have their

20        department's supervisor sign the document and

21        return it to me, and then I enter that

22        information for their training record.

23   Q   Was this something that was contained in Mr.

24        Howland's employment personnel file with Home

46

1    A    I would hope so.

2    Q    Over on the right it says, an increase of 12,

3         point, 5 percent in pay?

4    A    Yes.

5    Q    Down below in Section E it's checked off

6         promotion and it says, from Department 38, is

7         that the freight team?

8    A    Yes.

9    Q    To Department 30 and that says Department

10        Supervisor?

11   A    Yes.

12   Q    Does this give us an idea of when Ernest

13        Howland went from being an associate to a

14        department supervisor?

15              MS. MOORE: Objection.

16   A    Yes.

17   Q    We'd be safe to assume that this form is dated

18        June 12, '02, that this is the date he became

19        a department supervisor with the Avon Home

20        Depot?

21              MS. MOORE: Objection.

22   A    Yes.

23   Q    You testified earlier that part of the

24        interview process for department supervisors

52

Q   Do you know who would have been Ernest

    Howland's assistant store manager at that

    time?

A   No, I do not.

Q   If you look down where it says, key strengths,

    on the first page 0068, and it says, runs a

    clean department. Above that where it says,

    excellent job with shrink plan. Can you tell

    me what a shrink plan is?

A   Where are you? Today and since my time in the

    store, and again I can only reference to what

    I know, shrink refers to loss merchandise for

    whatever reason. A department supervisor on a

    weekly basis today is required to account for

    all of his or her merchandise that is in the

    department, and if you, for example, started

    the week with ten paint brushes and you sold

    two paint brushes and you had eight paint

    brushes where it supposed to be, you have zero

    shrink. Now, if the report says that you

    started with ten, have two, and you sold two,

    and you can only -- and the report says you

    can have five, there's a discrepancy

    somewhere, and a department supervisor is

53

```
 1        responsible for determining, one, is that

 2        report correct, two, why did the shrink occur

 3        so that we can measure is there theft.  Shrink

 4        refers to theft or not being able to account

 5        for the merchandise that is we say came into

 6        the store, and I use paint brushes just as a

 7        simple example.

 8   Q    The person, we don't know who wrote this, said

 9        or had the opinion that Ernest did an

10        excellent job with the shrink plan; is that

11        correct?   Is that your understanding from

12        reading this form?

13   A    It says, excellent job with shrink plan.

14   Q    Up top it says, title and it says DH 30, do

15        you see that?

16   A    Yes.

17   Q    What does that mean, department head,

18        department 30?

19   A    Yes.

20   Q    And that's mill work?

21   A    Yes.

22   Q    On the bottom of the first page, which is

23        0068, it says, overall performance code and

24        this person who filled this out had Ernie down
```

54

1    as an achiever; is that correct?

2    A    Yes.

3    Q    And had the leadership code as effective?

4    A    Yes.

5    Q    And the potential code I guess is equals marks

6         and it says, growth in position; is that

7         correct?

8    A    Yes.

9    Q    If we flip to the second page, the person who

10        filled out this form was of the opinion that

11        Ernie was either a performer or better on all

12        of the designated areas listed on this form;

13        is that correct?

14   A    Yes.

15   Q    That there were no D's on this form filled out

16        by this person; is that correct?

17   A    Yes.

18   Q    Let's look at number five it says, driving

19        sales, and he was listed as a performer; is

20        that correct?

21   A    Yes.

22   Q    Does this become part of a personnel file to

23        your knowledge now, a form similar to this?

24   A    Yeah.

55

1    Q   Do you have any reason to believe why it

2         wouldn't become part of a file back in August

3         of '02?

4              MS. MOORE: Objection.

5    A   No.

6              (Whereupon, the Avon Home Depot

7         Manager's Recognition document was marked

8         Plaintiff's Exhibit No. 7.)

9    (BY MR. JOHNSON)

10   Q   What I'm showing you now has been marked as

11       Exhibit 6.  There's not Bate stamp on this

12       form.  Do you recognize what this is?

13           MS. MOORE: Objection, and just for

14      the record this is -- What you're looking at

15      is Exhibit 7.

16           MR. JOHNSON: Exhibit 7.  I'm sorry,

17      Exhibit 7.  Strike that.

18   (BY MR. JOHNSON)

19   Q   What I'm showing you now has been marked

20       Exhibit 7, unfortunately there's no Bate stamp

21       on it, but it's a certificate of some sort.

22       It says, Avon Home Depot Manager's

23       Recognition.  Do you recognize what this form

24       is?

56

| | | |
|---|---|---|
| 1 | A | I see the form, yeah. |
| 2 | Q | Have you ever seen one of these forms before? |
| 3 | A | I've seen them, yes. |
| 4 | Q | To your knowledge, what are they? |
| 5 | A | Well, one, we don't use them today.  What this |
| 6 | | says is it's Manager's Recognition. |
| 7 | Q | All right.  It was awarded to Ernie Howland? |
| 8 | A | Yes, well that's what it says, yes. |
| 9 | Q | And it says, for being such a dedicated |
| 10 | | manager, great job Ernie.  It's well deserved. |
| 11 | | Did I read that right? |
| 12 | A | I believe so, yeah. |
| 13 | Q | And it says, thank you so much a true asset to |
| 14 | | our store, -- |
| 15 | A | I see, a true something to our store. |
| 16 | Q | And it's signed William Shea.  Is that William |
| 17 | | Shea's signature? |
| 18 | A | Yes, it is. |
| 19 | Q | And it's dated 10/2/02? |
| 20 | A | Right. |
| 21 | Q | When did they stop using these Manager |
| 22 | | Recognition Forms? |
| 23 | A | I have not used it since I've been in the |
| 24 | | store. |

58

1              (Whereupon, the Associate Action

2     Notice was marked Plaintiff's Exhibit No. 8.)

3   (BY MR. JOHNSON)

4   Q   This is Exhibit 8.  It's 0064 Bate stamped.

5     This is another Associate Action Notice; is

6     that correct?

7   A   Yeah.

8   Q   The form, is that similar to the Action Notice

9     that we reviewed in Exhibit 5?

10   A   May I see Exhibit 5?  Yes.

11   Q   On Exhibit 8 if we look at Section C, it says,

12     review, slash, rate change, and there's a

13     check off of follow-up review?

14   A   Yeah.

15   Q   Is that checked off, follow-up review?

16   A   Yes.

17   Q   Then down on Section C it says, department

18     head of the month and in parentheses October;

19     is that correct?

20   A   Yes.

21   Q   Up in Section A it says, Ernie Howland?

22   A   Yeah.

23   Q   And it's Department 30, which is mill work?

24   A   Yeah.

59

1    Q   Back down in Section C where it says,

2        Department Head of the Month, October.  It

3        says, equals, $75.00?

4    A   Yes.

5    Q   Do you still at this Avon store, does Home

6        Depot give out department heads of the month?

7    A   Yes, we do.

8    Q   Is it still a compensation of $75.00?

9    A   Yes.

10   Q   Who signed this; who's the manager's

11       signature?

12   A   It looks like Bill Shea, but I can't be -- not

13       for sure.

14   Q   In that same section K, below the manager's

15       signature, it says, human resource department,

16       do you recognize whose signature that is?

17   A   Now, I do.  It stands for - It says, E.

18       Curtin.

19   Q   Is that the Human Resources Director that was

20       prior to you?

21   A   No, she was prior to the other one.

22   Q   Is this Curtin, is this the woman that visited

23       you in the Brockton store when you were in the

24       trailer?

61

1    A    It looks like 23.

2    Q    Do you know what Department 23 is?

3    A    Floor and Wall.

4    Q    And this was dated 12/28/02 or thereabouts?

5         There's three dates on it 12/28/02, 12/29/02

6         and 12/26/02?

7    A    Yes.

8    Q    Again, it looks to be signed by Emily Curtin;

9         is that correct?

10   A    Yes.

11   Q    Based on this document is this a safe bet that

12        we can assume that Ernest was switched from

13        department head of Mill Work to department

14        head of Floor and Wall on or about December of

15        '02?

16   A    Yes.

17   Q    What is Department 59 now?

18   A    Blinds and Wallpaper.

19   Q    Now, is that part of Floor and Wall?

20   A    Today, yes.

21                (Whereupon, the Performance and

22        Development Summary, dated 1/2/03 was marked

23        Plaintiff's Exhibit No. 10.)

24

63

1    Q    There's four things listed.  The last thing

2         being ASM Training.  What is ASM?

3    A    Assistant Store Manager.

4    Q    Can you tell from this form why Ernie as a

5         Department Head at this time needed Assistant

6         Store Manager training?

7                   MS. MOORE: Objection.

8    A    I do not know.

9    Q    To the right of that it says, potential next

10        position, slash, timing?

11   A    Yes.

12   Q    It says, position ASM, does that mean

13        Assistant Store Manager?

14   A    Yes.

15   Q    And it says, potential timing it says, short

16        term plus or minus one year; is that correct?

17   A    Yes.

18   Q    What does that mean to you as a Human Resource

19        Director today?

20                  MS. MOORE: Objection.

21   A    Well, it would tell me that whomever filled

22        this form out believed for whatever reason,

23        and again this is assumption and only an

24        assumption, because I don't have direct

64

1  knowledge, is that he is saying that this

2  particular person, associate, would be ready

3  in his opinion to be an ASM in plus or minus

4  one year.

5  Q  This if you look at the bottom of that same

6  form, the overall performance code, this

7  person, we don't know who wrote it, had Ernest

8  Howland being an achiever; is that correct?

9  A  Yes.

10 Q  And the leadership code they had him being

11 effective?

12 A  Yes.

13 Q  And the potential code it has an asterisk,

14 which references high potential?

15 A  Yes.

16 Q  How does one to come fill out these numbers

17 and letters and symbols to your knowledge?

18             MS. MOORE: Objection.

19 A  There are documents as part of the performance

20 management process that identify or define or

21 attempt to define by way of example what, for

22 example, outstanding means or typical behavior

23 associated with whatever the letter is or

24 whatever the code is or whatever the potential

66

1    (BY MR. JOHNSON)

2    Q    I'm just showing you another exhibit, Exhibit

3         11.  This is another Associate Action Notice;

4         is that correct?

5    A    Yes.

6    Q    It's for Ernest Howland?

7    A    Yes.

8    Q    And it is a pay increase, is that what this

9         is?

10   A    It's a rate change, yes, a pay rate change.

11   Q    8, point, 1 percent increase in pay?

12   A    Yes.

13   Q    Can you read the manager's signature at the

14        bottom?

15   A    No, I cannot.

16   Q    How about the supervisor's signature, can you

17        read that?

18   A    No.

19   Q    Who makes the recommendation on these

20        Associate Action Notices for a pay increase at

21        ths time?

22   A    At this time it is a Human Resource Manager.

23   Q    Back in January of '03 do you know who made

24        those decisions for the Avon Home Depot?

67

1  A    No, I do not.

2                      (Whereupon, the Associate Action

3        Notice, two pages, was marked Plaintiff's

4        Exhibit No. 12.)

5  (BY MR. JOHNSON)

6  Q    This will be Exhibit 12.  There's two pages of

7        Exhibit 12.  The first is entitled, Associate

8        Action Notice.  What action is noticed in this

9        form?

10 A    Well, under J it says, additional information,

11       February DH stands for Department Head of the

12       month, $75.00.

13 Q    Do you know who the manager who signed this?

14 A    That signature is William M. Shea.

15 Q    And the date is 3/10/03; is that correct?

16 A    I think so.

17 Q    Then someone wrote over to the right, great

18       job, Ernie?

19 A    Yes.

20 Q    Do you know who wrote that; can you tell?

21 A    I don't know.

22 Q    Then the second page of this it's entitled,

23       Associate Performance Notice?

24 A    Yes.

68

1    Q    And it's also dated 3/10/03 and appears to be

2         signed by William Shea?

3    A    Yes.

4    Q    It says, good job performance recognition for

5         the month of February department head, up at

6         the top?

7    A    I'm sorry.  Where are you on this?

8    Q    Here, this type of notice, it says, written.

9         Then reason, it says, good job performance

10        recognition?

11   A    Yes.

12   Q    Month of February Department Head; is that

13        correct?

14   A    Yeah.

15   Q    Section C where it says, write complete

16        details of notice who, what, when, where, why

17        and how?

18   A    Yeah.

19   Q    And it's handwritten, Ernie Howland has done

20        an excellent job with the challenge of making

21        sales plan in Department Number 23, do you see

22        that?

23   A    Yes.

24   Q    Do you know what was meant by the challenge of