69

1    making sales plan in Department Number 23

2    means?

3                   MS. MOORE: Objection.

4    A  No, I do not.

5    Q  Right now is there a challenge in Department

6    Number 23 to make sales?

7                   MS. MOORE: Objection.

8    A  We have a challenge for 2005 to make sales

9    plans at the store.

10   Q  What do you mean by challenge?  Is it a

11   struggle or is it just a goal that you set?

12   A  We have a sales plan and it's greater than

13   last year.

14   Q  This year is greater than last year?

15   A  Yeah.

16   Q  If we read on it says, continue to walk bay by

17   bay and talk how to increase sales with your

18   associate?

19   A  I think so, yes.

20   Q  It says, with your associate, singular, do you

21   know if that meant that he had one associate

22   at that time?

23   A  Don't know.

24   Q  It goes on, the challenge has been met so

70

1  continue to be the, can you figure out what

2  that next words says?

3  A  No.  Made.  I don't know.  Continue to be the,

4  don't know.

5  Q  How about the next three words, in the, then

6  it says, store?

7  A  You would assume - You could - I don't know.

8  I can't - It's hard to say.

9  Q  Can you tell who wrote that, that paragraph,

10  that handwritten paragraph?

11  A  Well, it's signed down here by W. Shea.  It

12  says, print supervisor's name.  It's William

13  M. Shea.

14  Q  Under that paragraph it says, great job, is

15  there also a signature under there, it's kind

16  of darkened?

17  A  Yeah, I don't know.

18  Q  And again at the top it says, Department

19  Numbers 23 and 59?

20  A  Yes.

21  Q  So, at this time he received his recognition

22  he was supervisor of two departments; is that

23  correct?

24  A  Yes.

71

1    Q    At any time before Mr. Howland's departure

2          from the Avon Store was he ever in charge of

3          only one department?

4                    MS. MOORE: Objection.

5    A    I can only remark to my time.

6    Q    During your time period?

7    A    During my time he had 23 and 59.

8    Q    And your time included from August of '03 to

9          April of '04?

10   A    Yes.

11                   MR. JOHNSON:  This next Exhibit is

12         another Associate Performance Notice.

13                   (Whereupon, the Associate Action

14         Notice, dated 4/14/03, was marked Plaintiff's

15         Exhibit No. 13.)

16   (BY MR. JOHNSON)

17   Q    Is this an Associate Performance Notice for

18         Ernest Howland dated 4/14/03?

19   A    Yes.

20   Q    The reason for the notice was good job

21         performance recognition department head of the

22         month; is that correct?

23   A    That's what it says.

24   Q    Do you know who signed this document?

72

1    A    It appears or looks like W. Shea.

2    Q    Would that be Bill Shea?

3    A    Yes.

4    Q    And the second page it says down at,

5         additional information, slash, explanation in

6         Section J, great job, Ernie, month of April,

7         and it says, D, slash, H, what do you

8         understand that to mean, D, slash, H,

9         department head?

10   A    Yes.

11   Q    Up at the top of the second page it says,

12        Department Number 23?

13   A    Yes.

14   Q    So, we assume this one was a department head

15        of the month for just that department, number

16        23?

17   A    That's what it says.

18   Q    So, the previous document we looked at he was

19        department head in the previous month of

20        Department 23 and 59?

21   A    May I see that for a minute?

22             MS. MOORE: What Exhibit is it?

23             MR. JOHNSON: It would be Exhibit 12.

24        Exhibit 12.

73

1    A   Exhibit 12, the first page says 23, but the

2        second page it says 23, 59.

3    Q   Maybe if you look at Exhibit 13, it's cut off,

4        but it says, 23, slash, something?

5    A   There's something there.

6              (Whereupon, the Photographs were

7        marked Plaintiff's Exhibit No. 14.)

8  (BY MR. JOHNSON)

9    Q   The next Exhibit 14 I'm just going to show you

10       copies of photographs that were sent to me.

11       These were sent to me by your attorney and I

12       was wondering if you could go through these

13       and show me what's depicted in these

14       photographs?

15    A   I'll try.

16    Q   Well, let me ask you this, do you know who

17       took these photographs?

18    A   No, I do not.

19    Q   Do you know when they were taken?

20    A   Approximately, yeah.

21    Q   When approximately?

22    A   In September of '03.

23    Q   Do you know why these were taken?

24    A   Yes, I do.

74

1    Q    What was the reason they were taken?

2    A    There was a District Manager's walk in the

3         store on whatever date, day this was.

4    Q    Sometime in September of '03 a District

5         Manager was coming through the store?

6    A    Yeah.

7    Q    Why did that prompt the pictures to be taken?

8    A    Well, the pictures show, and again this is

9         from, you know, a non-operational person's

10        view, but on DEF0045 the picture in the upper

11        left shows me that there is an empty bay, no

12        stock, and for every space in a rack there

13        should be stock.  Now, without, and again this

14        in black and white, I can't tell if there's a

15        signage, but it indicates that there's a

16        problem and there's an issue.  Whatever that

17        is you would need to - I would need to look at

18        the color photo, if you will.  But again I'm

19        giving a layman's view.  The second photo,

20        again it's hard to see, but it shows a rack or

21        a bay.  We call it a bay, and it looks like

22        one, two, three, three levels and there are --

23        the term we use is out of stock.  It's not

24        full.

75

1          MS. MOORE: The second picture.

2     A    Second, I'm sorry.  The second picture.

3     Q    The one over to the right?

4     A    Yeah, upper right.  Now, if I go to the lower

5          left it just looks, again it appears that it's

6          just very poor maintenance.  It looks like,

7          whatever it is it's in disarray.

8     Q    Have you seen the originals of these

9          photographs?  There appears to be five

10         photographs, have you seen the originals?

11    A    Yes.

12    Q    What department are these pictures taken of?

13    A    23.

14    Q    Just Floor and Wall?

15    A    Yes.

16    Q    When the District Manager walked through the

17         store in September of '03, were pictures taken

18         of every department or only certain

19         departments?

20    A    The pictures -- I can only -- The only

21         pictures that I saw were these.

22    Q    Do these become part of the Department Head's

23         personnel file?

24         MS. MOORE: Objection.  You can

76

1    answer.

2    A    No.  To my knowledge, no.

3    Q    Where are these originals kept?

4    A    They were given to me.

5    Q    Were they ever shown to Mr. Howland, if you

6         know?

7    A    I did not show them to him.  My understanding

8         is that they were shown to him.

9    Q    Do you know who showed these pictures to Mr.

10        Howland?

11   A    I would - Based on the fact that he worked for

12        Ed Boylan, his assistant store manager, and

13        again I don't know for sure, but I would

14        assume that they were given to him - shown to

15        him.

16   Q    By Mr. Boylan?

17   A    By Ed Boylan.

18   Q    Do we know what time of the day these

19        photographs were taken?

20   A    I do.

21   Q    When were they taken?

22   A    In the morning.

23   Q    Before the store opened or during store hours?

24   A    It was during store hours.

77

1    Q   Let's say on the first picture that you were

2        talking about where you see the empty bay,

3        what is shown to the left?  I assume this is

4        the empty bay, correct?

5    A   Yes.

6    Q   What are those right there to the left?

7             MS. MOORE: For the record Mr.

8        Johnson is pointing to the bin on the right of

9        what appears to be two rolls.

10   (BY MR. JOHNSON)

11   Q   All right.  Why don't we do this, why don't

12       you draw an arrow on that Exhibit of where you

13       see the empty --

14   A   Red or black?

15   Q   Well, why don't you put the arrow on the white

16       part?

17   A   (Witness complies.)

18   Q   All right.  So that's the empty bay indicated

19       by the red arrow?

20   A   Mm-mm.

21   Q   Above the red arrow is what you consider to be

22       an empty bay; is that correct?

23   A   Yes.

24   Q   And to the left of that empty bay what is that

78

1      product, if you can tell?

2   A   It's roll - it looks - it appears to be rolls.

3   Q   Is it carpet or do we have any idea what it

4      is?

5   A   It could be.  It could be rolls of mats.

6   Q   To your knowledge what should be in that empty

7      bay that you indicated with the red arrow?

8   A   Merchandise associated with whatever is in

9      this bay.

10  Q   So, if this photograph was taken during store

11     hours, how do we know that a customer didn't

12     come in and purchase all the items that were

13     in that particular bay?

14  A   The manager could go to the sales report.

15  Q   And figure out?

16  A   And figure out what was there or what was

17     there or not there.

18  Q   Whose responsibility is it to make sure that

19     that bay is full?

20  A   The Department Supervisor.

21  Q   What was the position that was in charge of

22     inventory purchases and ordering, what was the

23     name of that position?

24  A   IMA.

79

1    Q    How does the IMA work with the department head
2         to insure that that bay is filled?
3    A    The IMA is responsible for ordering
4         merchandise, anticipating what sales will
5         occur and providing a report that the
6         department supervisor should be reviewing so
7         that he knows what inventory he has, what
8         inventory he doesn't have, what inventory he
9         needs and when is that inventory - when has it
10        been ordered and when is it going to arrive.
11   Q    The items that should be in that bay are those
12        the items that are for sale to the customer?
13                   MS. MOORE: Objection.
14                   MR. JOHNSON: Strike that.
15   (BY MR. JOHNSON)
16   Q    The items that you see in this picture are
17        those the ones that the customers can come in
18        and purchase?
19                   MS. MOORE: Objection.
20   A    Yes.
21   Q    Where in the store at Avon is the merchandise
22        that is, let's say in quote, in the back room,
23        is there a back room at the Home Depot?
24                   MS. MOORE: Objection.

80

1   Q   Or is it up in the above section of the store?

2                   MS. MOORE: Objection.

3   A   We don't have a back room.  We do have a

4       receiving department.

5   Q   So, if there's a space where you indicated in

6       the red arrow if the inventory is not there,

7       could it be anywhere else in the store?

8                   **MS. MOORE:** Objection.

9   A   The department supervisor is responsible, and

10      again without -- this copy does not tell you

11      what the status is because there are tags that

12      a department supervisor is to insure that his

13      associates place on this steel beam, if you

14      will, and the steel beam, if I may just draw

15      -- Can I write just so you know what a steel

16      beam is?  Can I just maybe put a red mark on

17      it?

18  Q   Sure.

19  A   This is the steel beam.

20  Q   The circle that you indicated on --

21  A   Yeah, running - that's a steel beam.  Now, on

22      the steel beam above, if you will, where the

23      hole is if the department supervisor is

24      managing his business and managing the pack

81

1    down process and managing the grand opening

2    ready process and showing that his associates

3    are doing their job, there should be a tag

4    there that will indicate with a code that

5    gives an operations person, a department head,

6    an ASM, and not a human resource manager, will

7    know what the status is of that material.

8  Q  The status meaning whether or not --

9  A  Where is it, is it on order, is it in the

10    store, are we going to pick it up at another

11    store, any number of combinations, but the

12    fact of the matter is this hole demonstrates

13    that we are not managing sale.  It indicates

14    that we are not managing the process, it

15    indicates that associates are not doing their

16    job, including the IMA, including the -- and

17    again this is a generalization and the

18    department supervisor is not managing the

19    process, is not managing his department.

20  Q  The IMA, maybe I'm confused with what an IMA

21    does.  If the department supervisor is

22    ultimately responsible for ordering stock and

23    making sure that there's no holes in the

24    system, such as is indicated by the

82

1        photographs, what does an IMA do?

2   A   IMA does the actual ordering.  He has a cart,

3        it has two wheels.  On the top of the cart

4        there's a, you know, a mini computer screen,

5        and he has I don't know something like a

6        pencil, it's electronic, and his

7        responsibility is to walk the aisles that he's

8        assigned to and look and see are there any

9        holes, what inventory is there, what isn't

10       there and place the order.  The department

11       supervisor should be reviewing the information

12       that the IMA is providing, what has he

13       ordered, what hasn't he ordered and if, in

14       fact, feels that - or if he knows of an event

15       coming up in one, two days, three days, he's

16       responsible for knowing, you know, it's his

17       business.  He is responsible for ensuring that

18       that merchandise is on the floor correctly and

19       available for customers when they come in to

20       shop.

21   Q   Who was the IMA assigned to Department 23 in

22        September of '03; do you know?

23   A   Can you repeat that, please?

24   Q   Do you know the name of the IMA who was

87

1          (Whereupon, the Performance and

2     Development Summary, two pages, dated 9/14/03

3     was marked Plaintiff's Exhibit No. 16.)

4   (BY MR. JOHNSON)

5   Q   I'm showing you what's been marked as Exhibit

6       16, that a Performance and Development

7       Summary, it's two pages.  On the second page

8       it's dated 9/14/03, do you see that?

9   A   Yes, I do.

10  Q   I notice on this form the letters have changed

11      which you indicated earlier instead of A, B, C

12      and D it's changed O, V, P and I?

13  A   Yes.

14  Q   Is that correct?

15  A   Yes.

16  Q   Who signed this; can we tell is it William

17      Shea again?

18  A   Yes, it is.

19  Q   It says, Leader Summary Assessment, do you see

20      that section?

21  A   Yes.

22  Q   It says handwritten, Ernie has operated

23      Department 23, slash, 59 the past year

24      basically on his own.  Do you know what is

90

1    workers' comp file -- our workers' comp

2    carrier, and she is the person I send all

3    documentation to on any work-related

4    situation.

5    Q   Do we know Sandy's last name?

6    A   Shires.

7    Q   S-H-I-R-E-S?

8    A   That's close, but I'm not -- I think it's, S-

9        H-O-I-R-E-S.

10   Q   It says, from Ken Bleakney, and that's you,

11       Avon Home Depot?

12   A   Yes.

13   Q   It says, fax Ernie Howland, and then what's

14       the next?

15   A   Documentation.

16   Q   Is that what that says?

17   A   Yes, it's my writing.

18   Q   Do we know when this was sent?

19   A   I can give you, you know, an open window kind

20       of time frame if you will.  Maybe this is in -

21       and I'm basing it on my time in the store of

22       August through, and Ernie's time, you know

23       through April.  So, it had to have been

24       related to his accident, which was what mid-

91

1        November through his return in January.  So,

2        it had to be somewhere in that time window.

3    Q  So, why don't we talk about that now the

4        injury at work.  Were you aware at some point

5        and time during your employment at Home Depot

6        that Ernie Howland became injured?

7    A  Yes.

8    Q  Was he out of work on workers' compensation

9        for a period of time?

10   A  Yes.

11   Q  What's the policy at Home Depot in November of

12       '03 regarding when an associate is injured at

13       work?  What is required of the associate?

14               MS. MOORE: Objection.

15   A  Well, I'm not sure what you're asking.

16   Q  Well, is it required that you bring in out of

17       work notes from your doctors?

18               MS. MOORE: Objection.

19   A  He's required to provide documentation

20       regarding -- well, first of all he is required

21       to report the injury when it happened.

22   Q  Is there a window of time that an employee can

23       report?

24   A  He is required to report it immediately.

108

1        to terminating an associate and the completion

2        of this form?

3   A   Okay, the SOP requires that all terminations

4        or potential terminations be reviewed and

5        approved by the store manager.  The actual

6        termination session we are required to have

7        the terminating manager conduct the session

8        with the store manager and the HR manager

9        being available to the associate if, in fact,

10       he feels that he was terminated unfairly, but

11       the store manager and the HR manager are not

12       in the session with the acting manager.

13       However, the recommendation for termination

14       needs to be reviewed with both the HR manager

15       and store manager with the approval of the

16       termination being the store manager.

17   Q   Is this form usually present in a termination

18        of an associate at Home Depot?

19   A   At that time it was.

20   Q   Where it says here, someone wrote in,

21        associate refused to sign.  Do you see what

22        that signature is there?

23   A   Yes.

24   Q   What signature is that?

111

1  as a document to give Ernie Howland.  So, it

2  was used at that time, but was it required to

3  be used that I don't know in a performance

4  management, in a performance related issue.

5  Q  Do you know whose writing this is here where

6  it starts out, having been on our Performance

7  Improvement Plan?

8  A  I do not know.

9  Q  What's a Performance Improvement Plan at Home

10  Depot?

11  MS. MOORE: Objection.

12  A  The Performance Improvement Plan ties in --

13  comes about as a result of having a

14  performance and development summary where your

15  rating is identified as an I, improvement

16  needed.

17  Q  Is it on a Performance and Development

18  Summary, is what you're talking about where

19  the performance would be an I?

20  A  Yes.

21  MS. MOORE: Objection.

22  (BY MR. JOHNSON)

23  Q  You said when a performance is an I, where is

24  that determined; where does an I come up in

112

1      any of these performance evaluations?

2   A   You mean are you asking the question regarding

3      when someone is placed on a Performance

4      Improvement Plan?

5   Q   Yes.

6   A   When the Performance and Development Summary

7      for an associate, an hourly associate, in the

8      box where the evaluation is, is recorded as an

9      I.

10  Q   Is that how the associate who is being placed

11     on a Performance Approval Plan becomes aware

12     that he or she is now on a Performance

13     Approval Plan?

14              MS. MOORE: Objection.

15  A   Yes.

16  Q   How is that explained other than the I in the

17     box that the person's on a Performance

18     Approval Plan?

19              MS. MOORE: Objection.

20  A   The assistant store manager should be very

21     clear in explaining to the associate what the

22     I means.

23  Q   So, it would be dependent on the person

24     placing the I in the box to explain to the