113

1  associate what that means?
2  A  Yes.
3         MS. MOORE: Objection.
4  (BY MR. JOHNSON)
5  Q  Were you ever approached by Ernest Howland
6     regarding his request for leave under the
7     Family Medical Leave Act at any time?
8  A  Can you, please, repeat that?
9  Q  Were you ever approached by Ernest Howland for
10    his leave under the Family Medical Leave Act?
11        MS. MOORE: Objection. You can
12    answer.
13 A  I was never approached by Ernie Howland.
14 Q  Were you ever contacted by Ernie Howland
15    regarding a request for leave under the Family
16    Medical Leave Act?
17 A  I was never contacted by Ernie Howland.
18 Q  Did you ever speak with Ernest Howland
19    regarding leave under the Family Medical Leave
20    Act?
21 A  Yes.
22 Q  When did you speak to Ernie Howland regarding
23    that?
24 A  I don't recall the exact time, but I went out

114

to the floor to see Ernie Howland when it was brought to my attention that he had some questions regarding or there was -- and again I don't remember the exact, how it was brought to me, that there was a question or he had questions regarding vacation and family medical leave and I view family medical leave as a critical, if you will, I mean it's a very serious matter and it's something that we -- that I make, you know, I address immediately with all associates and I left my office, walked out of my office and Floor and Wall is just around the corner from my office. So, I walked up and asked Ernie Howland, I said, Ernie, I understand you have some questions about vacation and family medical leave and he said, well, no, I have all the information I need, Ken. I said, well, time out, Ernie, what question -- I have all the information I need. I said, okay, Ernie. And he said I'm not sure what I'm going to do regarding when I'm going to need vacation or family medical leave. I said, okay, Ernie, when you're ready to discuss it with me and know specifically

115

1   what you want to do and when you want to do
2   it, please, come see me and he said he would.
3  Q  Do you know when that conversation took place?
4  A  It took place, again, it had to be late March,
5   early April, that time frame. Again, I'm just
6   -- I'm just -- It's somewhere in that time
7   frame. I don't have an exact date. It
8   occurred during business hours and I remember
9   distinctly going, leaving my office and
10  walking out to the floor. His area is right
11  near my office. I stepped out into kitchen
12  and bath and right next door is floor and
13  wall.
14 Q  Why did you leave your office to go speak to
15  Ernie Howland regarding the Family Medical
16  Leave Act?
17 A  My scheduler came to me and said, Ken, Ernie
18  -- And again, I don't recall the exact --
19  exactly what she said, but she said, Ernie has
20  some issues or has some questions, that's what
21  I recall, regarding vacation and family
22  medical leave. I said, okay, thank you, I'll
23  go out and see him and I went immediately.
24 Q  Who was the scheduler?

116

1   A   Sylvia Ramsdale.
2   Q   Did she say how she became aware of Ernie's
3       questions?
4   A   I do not recall.
5   Q   What was the procedure back in February and
6       March of 2004 regarding request for vacation
7       time?
8   A   Well, the procedure then was, and we go
9       through this in orientation with all
10      associates, is -- and I need to describe this
11      in two ways because there are two documents.
12      Is that if you know in advance if an
13      associate, department supervisor, or an ASM
14      knows that they need to have a day off or a
15      vacation, and it's two, three weeks out and
16      they know precisely what they want and they
17      want to make sure that they have a high
18      probability of getting it, they fill out a
19      time off request. These forms are available
20      outside the scheduler's office and it's very
21      common for associates to complete that form
22      months in advance and then the form says seek,
23      you must have your manager's approval. They
24      are required to go see their manager and get

119

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | the consequences?                                               |
| 2  | A | Well, the associate knows that if a manager                     |
| 3  |   | denies a request that he can elevate that to                    |
| 4  |   | the Human Resource Manager or the store                         |
| 5  |   | manager.                                                        |
| 6  | Q | How does an associate know that?                                |
| 7  | A | Well, we tell them that in orientation.                         |
| 8  | Q | You weren't part of the orientation for Ernest                  |
| 9  |   | Howland; is that correct?                                       |
| 10 | A | No, I was not.                                                  |
| 11 | Q | Is it written anywhere, do you know, in any of                  |
| 12 |   | the orientation materials that if you get                       |
| 13 |   | denied a vacation your next step would be the                   |
| 14 |   | Human Resource Director?                                        |
| 15 |   | MS. MOORE: Objection.                                           |
| 16 | A | I don't know of it being written anywhere.                      |
| 17 | Q | What were the requirements at Home Depot to be                  |
| 18 |   | eligible for the Family Medical Leave Act?                      |
| 19 | A | Well, it's the law.  I mean, but we go beyond                   |
| 20 |   | the law.  We require only that you have one                     |
| 21 |   | year of service.  We do not require that you                    |
| 22 |   | have, what is it 1250, the 1250 hours.                          |
| 23 | Q | During the last twelve months?                                  |
| 24 | A | Yeah, we don't require that.  We require just                   |

120

1     one year of service.
2 Q  What are some of the reasons for leave?
3 A  Well, look what the law specifies it's for
4     family illness, serious family illness, it
5     could be you know the birth -- I mean, the
6     birth of a baby, your own personal illness and
7     we have a process for them to follow.
8 Q  What's the process to follow?
9 A  Well, we --
10         MS. MOORE: Objection.  Go ahead.
11 (BY MR. JOHNSON)
12 Q  At the time, let's say in March and April of
13     '04, what was the process an associate then
14     would follow?
15 A  Okay, the process and if I -- is that they
16     notify their manager and let me preface this
17     by I think describing to you the training that
18     we went through in mid and late '03.  I mean,
19     this was the result of Home Depot becoming a
20     government contractor, which then said we
21     needed to have, we were required to have an
22     Affirmative Action Plan, and it required that
23     all Human Resource Managers went to Orlando
24     for training in the summer, and as part of

121

1  that with complying -- government compliance
2  training.  We were trained in order to train
3  all the department supervisors and ASMs and
4  store managers and we were required to do that
5  in December.  Ernie Howland had the training
6  when he came back from his leave of absence,
7  the workers' comp.  I personally sat down with
8  him and described the process, but where I'm
9  heading is in that process we describe what is
10 the responsibility of a manager, what is the
11 responsibility of a human resource manager,
12 what is the responsibility of a store manager.
13 Soon as they hear Family Medical Leave they
14 are to direct the associate to come see me, or
15 as soon as I hear about it, I'm responsible
16 for ensuring that the associate knows exactly
17 what their rights are, what they're
18 responsible for, what the company is
19 responsible for and since -- And we have leave
20 of absence packets, you know.  In February of
21 '03 they were hard copy, if you will,
22 documents.  Since March of '03 with our new
23 computer system all I do is push a button and
24 out pops the HR checklist for review with

122

|  |  |  |
|---|---|---|
| 1 |  | associates.  It describes, you know, your |
| 2 |  | benefits, the certification, the time frame, |
| 3 |  | all of that and what the associate is |
| 4 |  | responsible for and what the company will do |
| 5 |  | and we review that with the associate.  Now, |
| 6 |  | most of my associates do that prior to |
| 7 |  | requesting the time and generally do it -- in |
| 8 |  | particular with pregnancy they do that as soon |
| 9 |  | as they become pregnant and know that they're |
| 10 |  | pregnant, so. |
| 11 | Q | To your knowledge was Ernest Howland eligible |
| 12 |  | for a leave under the Family Medical Leave Act |
| 13 |  | in March or April of '04? |
| 14 | A | Yes. |
| 15 |  | MS. MOORE: Objection. |
| 16 | A | Yes. |
| 17 | Q | You testified that some people request it |
| 18 |  | before they're out and some people request it |
| 19 |  | while they're out; is that correct? |
| 20 | A | No, what I -- What I thought -- I'm sorry -- |
| 21 |  | MS. MOORE: The record will reflect |
| 22 |  | what you testified.  That's not what I recall |
| 23 |  | so why don't you -- |
| 24 |  |  |

124

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | I'll say that you will be applying for and                      |
| 2  |   | this is the process, this is what you need to                   |
| 3  |   | plan for, you understand what your benefits                     |
| 4  |   | are, how you're going to get paid and, you                      |
| 5  |   | know, some associates say, gee, I'll save my                    |
| 6  |   | vacation for the first two weeks, you know,                     |
| 7  |   | some of them -- so, you have a plan in place.                   |
| 8  |   | Then when we get close to the execution, if                     |
| 9  |   | you will, that's when we officially go through                  |
| 10 |   | and we check off, you know, checklists that                     |
| 11 |   | says, you know, we reviewed this, she signs                     |
| 12 |   | it, or you know I sign it, or it might be on                    |
| 13 |   | someone else, you know, it maybe a male.  He                    |
| 14 |   | would go through, we would check it, sign it.                   |
| 15 |   | He gets a copy, I get a copy.  If medical                       |
| 16 |   | certification is required, he or she has that                   |
| 17 |   | information.                                                    |
| 18 | Q | Is there any time in advance requirement for                    |
| 19 |   | an associate to come to Home Depot or to you                    |
| 20 |   | as a Human Resource Director as far as when                     |
| 21 |   | the request needs to be made in conjunction                     |
| 22 |   | with the leave?                                                 |
| 23 |   | MS. MOORE: Objection.                                           |
| 24 | A | I don't -- I personally don't have or as an                     |

131

| | | |
|---|---|---|
| 1 | | you; is that accurate? |
| 2 | A | Yes. |
| 3 | Q | Then you said you wouldn't have to do anything |
| 4 | | right then, but you would tell her to come |
| 5 | | back? |
| 6 | A | Yes. |
| 7 | Q | What did you mean by that? |
| 8 | A | Well, just as the other day the associate, one |
| 9 | | has been with us less than a month, just found |
| 10 | | out that she is pregnant and she wanted to |
| 11 | | know -- she wanted to understand the process, |
| 12 | | what her rights were, and we went through |
| 13 | | them.  I went over the HR checklist and said |
| 14 | | okay this is what will happen in time and this |
| 15 | | is what you'll need to be -- you'll need to |
| 16 | | come back and you know formally we'll go |
| 17 | | through and we'll check off the review of the |
| 18 | | Family Medical Leave Act and the benefits, and |
| 19 | | vacation.  At that point we'll have to make |
| 20 | | some decisions in terms of are you going to |
| 21 | | take vacation or are you just going to go, you |
| 22 | | know, what's going to happen.  I'm not going |
| 23 | | to process anything at that time, and then |
| 24 | | once she makes application, then it goes into |

132

1  that status, I then have the paperwork signed
2  by her and reviewed by her and signed by me
3  and I enter it into the computer.
4  Q  Why might an associate want to use their
5     vacation time; why is that a consideration?
6  A  Well, for pay.  We have many associates who
7     utilize that pay when they are sick, for
8     medical leaves, or Family Medical Leave they
9     do that.  Some of them use it for personal
10    time, when they request personal leave of
11    absence.
12 Q  So, Home Depot doesn't require associates to
13    use their vacation time in lieu of FMLA time?
14 A  No, no.
15 Q  It's an option?
16 A  It's an option and that's said right there in
17    the checklist.
18         MS. MOORE: Thank you.
19         MR. JOHNSON:  I would just follow-up
20    some of those questions.
21            **REDIRECT EXAMINATION**
22 (BY MR. JOHNSON)
23 Q  The computer system that you talk about that
24    enables an associate to print out --