

ASSOCIATE: Ernie Holland
STORE NUMBER OR LOCATION: 2671

## DISCIPLINE PROCESS TRACKING

...cipline Process Tracking Form is a part of every associate's personnel file. The Tracking Form should be placed in the front ...ion of the associate's file to be used to document any action in the discipline process when violations of the Company's policy, ...cess or procedure occur. **Depending on the situation, any step in the process may be repeated, omitted or taken out ...equence.** If an associate demonstrates a pattern of behavior, repeatedly violates the Company's policies or has received multiple ...nseling Notices (more than two notices), a Final Counseling Notice should be issued. On the other hand, if an associate commits a ...ous offense that does not warrant termination, a Final Counseling Notice may be the first step in the process.

| Coaching Session(s) | |
|---|---|
| Manager Conducting Session: *Bill Shen* | Manager Conducting Session: |
| Approving Manager: *MS/H* | Approving Manager: |
| HR Approval: *K Blenks* | HR Approval: |
| Date: 8/27/03 | Date: |
| Violation: Safety | Violation: |

| Counseling Session(s) | |
|---|---|
| Manager Conducting Session: | Manager Conducting Session: |
| Approving Manager: | Approving Manager: |
| HR Approval: | HR Approval: |
| Date: | Date: |
| Violation: | Violation: |

| Final Counseling Session | |
|---|---|
| Manager Conducting Session: | Date: |
| Approving Manager: | HR Approval: |
| Violation: | |

| Termination Session | |
|---|---|
| Manager Conducting Session: | Date: |
| Approving Manager: | HR Approval: |
| Violation: | |

| Administrative Leave of Absence *(use only when necessary to conduct sensitive investigations)* | |
|---|---|
| Manager Informing Associate: | |
| HR Approval: | |
| Associate Informed: | |
| Leave Begins: | |
| Leave Ends: | |
| Situation Under Investigation: | |
| Action Recommended: | |

DEF0035