

# PERFORMANCE DISCUSSION TRACKING FORM

| Last Name: Holland | First Name: Ernie | Middle Initial: | Location #: | Dept #: 2671 |

This form should be used to document performance discussions held with an associate. Indicate the issue that was discussed and the outcome of the discussion. Provide specific, tangible information. Keep this form in Associate's Personnel File.

Date: 9/8/03    Mgr/Sup initiating discussion: Ed Boylan
Reason for discussion: Walked once Ecw The Back half of Dept 23. It was a mess. Explained To him that this was unexceptable, That I would support him in Any way but when it got Fixed, it was his Responsibility to Keep it maintained. Half hour later Ernie came up to me and explained that Arnie was bee to walk him for a promotion. I told Ernie That The say the Dept looked he didn't Deserve it. He said he was going to Ask for a Transfer if he didn't Get a promotion was by Arnie.

Date: 9/11/03    Mgr/Sup initiating discussion: Ed Boylan
Reason for discussion: Spoke w/ Ernie About staffing in the Dept, we are getting him new Bodies, Using Performance Management, Working the Selec-alet Variance Report Weekly, Safety in the Department is not up to Par. Touched on Flooring Key Standards in 23. Will Revist next week in our first Weekly Specialty Sales Meeting.

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

DEF0034