# Home Depot

## Performance and Development Summary

Name: ERNEST Howland (as it appears on associate's paycheck)  
Business Unit/Component: Home Depot  
Title: D/01 #23/#59

**For Hourly Associates, use Side 2 of this form as a reference for completing Performance and Development Summary

### Leader's Summary Assessment including achievement highlights, performance trends, and any key areas requiring additional attention.

Ernie has operated Dept #23/#59 the past year basically on his own. He has had some bad months, but overall has not excelled in sales and overall processes in place to his people. Training, Follow-up and Accountability are several issues I would like to see Ernie work on to become a better supervisor at the Home Depot.

### Key Strengths
1) Decision / Commitment
2) Integrity
3) Overall #'s of the Business

### Key Development Needs
1) "Tennis" curriculum
2) Accountability
3) Process (G.o.r) / Procedure
4) Teamwork

### Development Plans/Training
1) DST Training
2) Sellis Skils (1,2)
3) Mansons Inclusion

### Potential Next Positions/Timing [Ready Now, Short Term (1-2 yrs.), etc.]
(For Hourly store positions, list jobs registered for in JPP)
Position | Potential Timing
1.
2.
3.
4.
5.

### Associate Comments (Attach Additional Sheet if Required)

| Overall Performance Code | | Leadership Code | | Potential Code | |
|---|---|---|---|---|---|
| O | Outstanding | 1 | Exemplary | * | High Potential |
| V | Achiever | 2 | Effective | + | Promotable |
| P | Performer | 3 | Acceptable | = | Grow in Position |
| I | Improvement Required | 4 | Deficient | - | Placement Issue |

Overall Performance Code: P  
Leadership Code: 3  
Potential Code: =

Approval/Sign Off:  
Leader/Date: [signature]  
Associate/Date: [signature]

DEF0031

## Performance and Development Summary (Side 2 – Hourly Associates)

Hourly Associates

Name: Ernest Howland         Dept: #23 / #59

**Use For:** All hourly Store and Non-Store positions.

Consider the Associate's performance against expectations. Indicate the Associate's performance level by checking the relevant box. Refer to this information when completing side one of the *Performance and Development Summary*.

O = Outstanding    V = Achiever    P = Performer    I = Improvement Required

| | O | V | P | I | N/A |
|---|---|---|---|---|---|
| 1. **Gets Things Done** – Demonstrates the ability to get results despite a large workload, competing demands and a fast-paced environment; performs all tasks in job description in a highly efficient manner | | | ✓ | | |
| 2. **Customer Driven** – Provides outstanding customer service (to both internal and external Customers); follows through on responsibilities to Customers; leaves all Customers satisfied | | | ✓ | | |
| 3. **Associate Sales Knowledge and Skills** – Demonstrates knowledge of all features of the Customer bonding process; incorporates the bonding process in every Customer interaction; demonstrates skill in bonding with Customers   *Missing Sales YTD* | | | ✓ | ✓ | |
| 4. **Product/Department Knowledge** – Demonstrates a high level of knowledge and understanding of systems, procedures, etc.  *Key Standards* | | | ✓ | | |
| 5. **Driving Sales** – Demonstrates knowledge of all departments/areas and effectively promotes products and services; makes decisions in line with the goal of selling; ability to overcome Customer objections in order to make sales | | | ✓ | | |
| 6. **Ground Engaged** – Aware of how the work performed in the job and the goals of the organization are interrelated; aware of the competition; knows the business and industry   *Process -* | | | ✓ | | |
| 7. **Communicates Effectively** – Creates open channels of communication; adapts message to fit the audience; expresses ideas clearly and concisely; keeps others well-informed; listens carefully to input and feedback | | | ✓ | | |
| 8. **Acts with Integrity** – Demonstrates responsible and honest behavior in all roles, tasks and responsibilities | | | ✓ | | |
| 9. **Promotes Teamwork** – Demonstrates positive working relationships with co-workers and effectively handles conflict situations   *Aim at 0-14 team* | | ✓ | | | |
| 10. **Demonstrates Inclusion** – Demonstrates understanding and respect for people of all backgrounds | | ✓ | | | |
| 11. **Self Development** – Seeks knowledge about all aspects of his/her business; is aware of his/her own strengths and weaknesses; seeks developmental feedback | | | ✓ | | |
| 12. **Safety Orientation** – Follows safety policies and procedures; identifies and corrects safety hazards; encourages others to work safely | | | | | |
| 13. **Enthusiasm** – Maintains and communicates a high level of enthusiasm, commitment and energy to all Associates | | | | | |
| Other: list other skill required of this Associate's particular position   *"Training" Neon Doorknobs* | | | | | |
| Other: list other skill required of this Associate's particular position | | | | | |

**Approval/Sign Off**

_____ Associate    _____ Date    _____ Leader    _____ Date

DISTRIBUTION: White–Associate File    Yellow–Payroll    Pink–Associate

DEF00032