




DEF0045






DEF0046



DEF0047