# Home Depot
## Performance and Development Summary

Name: Ernie Howland (as it appears on associate's paycheck)  
Business Unit/Component: Sales  
Title: Dept. Supervisor

**For Hourly Associates, use Side 2 of this form as a reference for completing Performance and Development Summary

### Leader's Summary Assessment including achievement highlights, performance trends, and any key areas requiring additional attention.

Since Coming to Avon over 2 weeks ago, I have told Ernie to focus on Signage being in stock, and having the Department Maintenanced to Grand opening Ready Status. None of these have Improved. The Signage in the Dept. is deplorable, we are out of stock on many Jobs lot items and Regular merchandise are going bay by bay the product does not match the label. Overall leadership, Delegation and Follow up are Three Key Components that we are Not Happening. Furthermore we are loosing Customer Base which in turn its hurting our sales goals. Ernie needs to work his scheduled shift- no exceptions.

### Key Strengths

### Key Development Needs
Leadership  
Delegating/Follow up  
In Stock/Sales Plan  
Sign, Stock, Maintenance (G.O.R.)

### Development Plans/Training
Ernie will be walked on a weekly Basis by SM & ASM for improvement on Sign, Stock And Maintenance of the Department. Failure to Improve will Result in Future Documentation up to and Including Termination.

### Potential Next Positions/Timing [Ready Now, Short Term (1-2 yrs.), etc.]
(For Hourly store positions, list jobs registered for in JPP)

| Position | Potential Timing |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

### Associate Comments (Attach Additional Sheet if Required)

| Overall Performance Code | | Leadership Code | | Potential Code | |
|---|---|---|---|---|---|
| I | O Outstanding | 4 | 1 Exemplary | II | * High Potential |
| | V Achiever | | 2 Effective | | + Promotable |
| | P Performer | | 3 Acceptable | | = Grow in Position |
| | I Improvement Required | | 4 Deficient | | - Placement Issue |

Leader/Date: [signature] 9/24/03  
Approval/Sign Off: [signature]  
Associate/Date:

DISTRIBUTION: White–Associate File   Yellow–Payroll   Pink–Associate

HDS-676 (02/03)  
HR-PM-03

DEF0033

# Performance and Development Summary (Side 2 – Hourly Associates)

Name: Ernie Haviland    Dept: 23

Hourly Associates

**Use For:** All hourly Store and Non-Store positions.

Consider the Associate's performance against expectations. Indicate the Associate's performance level by checking the relevant box. Refer to this information when completing side one of the *Performance and Development Summary*.

O = Outstanding    V = Achiever    P = Performer    I = Improvement Required

| | O | V | P | I | N/A |
|---|---|---|---|---|---|
| 1. **Gets Things Done** – Demonstrates the ability to get results despite a large workload, competing demands and a fast-paced environment; performs all tasks in job description in a highly efficient manner | | | | X | |
| 2. **Customer Driven** – Provides outstanding customer service (to both internal and external Customers); follows through on responsibilities to Customers; leaves all Customers satisfied | | | | X | |
| 3. **Associate Sales Knowledge and Skills** – Demonstrates knowledge of all features of the Customer bonding process; incorporates the bonding process in every Customer interaction; demonstrates skill in bonding with Customers | | | X | X | |
| 4. **Product/Department Knowledge** – Demonstrates a high level of knowledge of products, services and procedures in specialty area and other areas; has a high level of job knowledge and understanding of systems, procedures, etc. | | | X | X | |
| 5. **Driving Sales** – Demonstrates knowledge of all departments/areas and effectively promotes products and services; makes decisions in line with the goal of selling; ability to overcome Customer objections in order to make sales | | | X | | |
| 6. **Ground Engaged** – Aware of how the work performed in the job and the goals of the organization are interrelated; aware of the competition; knows the business and industry | | | | X | |
| 7. **Communicates Effectively** – Creates open channels of communication; adapts message to fit the audience; expresses ideas clearly and concisely; keeps others well-informed; listens carefully to input and feedback | | | X | | |
| 8. **Acts with Integrity** – Demonstrates responsible and honest behavior in all roles, tasks and responsibilities | | | X | | |
| 9. **Promotes Teamwork** – Demonstrates positive working relationships with co-workers and effectively handles conflict situations | | | X | | |
| 10. **Demonstrates Inclusion** – Demonstrates understanding and respect for people of all backgrounds | | | | | |
| 11. **Self Development** – Seeks knowledge about all aspects of his/her business; is aware of his/her own strengths and weaknesses; seeks developmental feedback | | | | X | |
| 12. **Safety Orientation** – Follows safety policies and procedures; identifies and corrects safety hazards; encourages others to work safely | | | | X | |
| 13. **Enthusiasm** – Maintains and communicates a high level of enthusiasm, commitment and energy to all Associates | | | | X | |
| Other: list other skill required of this Associate's particular position | | | | | |
| Other: list other skill required of this Associate's particular position | | | | | |

Approval/Sign Off

_____ / 9/24/03        _____ / 9/24/03
Associate        Date                  Leader        Date