# Home Depot

## Performance and Development Summary

Name: Ernie Holland
(as it appears on associate's paycheck)

Business Unit/Component: Sales

Title: Dept Head 23/59

DBF0030

**For Hourly Associates, use Side 2 of this form as a reference for completing Performance and Development Summary

### Leader's Summary Assessment (including achievement highlights, performance trends, and any key areas requiring additional attention)

Ernie has made some progress in the way his Departments look, But overall he still has a long way to go. Ernie needs to get into the Aisles' work with his people and show them what needs to be done and what his expectations Are. When properly Trained, Then follow up is all that is needed

### Key Strengths

Product Knowledge
Acts with Integrity

### Key Development Needs

Work w/ Associates in the Aisles to get their Buy In. This will help you grow As A Manager And for you to teach Them where we Are now And how we Are going to the Next Level w/ their help.

### Development Plans/Training

leave Daily/weekly workslists for Associates
Manage By Exception
G.O.R. - Do 1 Bay per week yourself.
DST College 11/17

### Potential Next Positions/Timing (Ready Now, Short Term (1-2 yrs.), etc.)
(For Hourly store positions, list jobs registered for in JPP)

| Position | Potential Timing |
|----------|------------------|
| 1.       |                  |
| 2.       |                  |
| 3.       |                  |
| 4.       |                  |
| 5.       |                  |

### Associate Comments (Attach Additional Sheet if Required)

I Do not feel I Am An I or 4 Since LAST Performance Review.

| Overall Performance Code | | Leadership Code | | Potential Code | |
|---|---|---|---|---|---|
| O | Outstanding | 1 | Exemplary | * | High Potential |
| V | Achiever | 2 | Effective | + | Promotable |
| P | Performer | 3 | Acceptable | = | Grow in Position |
| I | Improvement Required | 4 | Deficient | - | Placement Issue |

Overall Performance Code: **I**
Leadership Code: **4**
Potential Code: **=**

Approval/Sign Off
Leader/Date: [signature]
Associate/Date: [signature]

HDS-676 (02/03)
HR-PM-03

DISTRIBUTION: White–Associate File   Yellow–Payroll   Pink–Associate

# Performance and Development Summary (Side 2 – Hourly Associates)

Home Depot
Hourly Associates

Name: _____    Dept: _____

**Use For:** All hourly Store and Non-Store positions.

**Consider the Associate's performance against expectations. Indicate the Associate's performance level by checking the relevant box. Refer to this information when completing side one of the *Performance and Development Summary*.**

| O = Outstanding | V = Achiever | P = Performer | I = Improvement Required |

| | O | V | P | I | N/A |
|---|---|---|---|---|---|
| 1. **Gets Things Done** – Demonstrates the ability to get results despite a large workload, competing demands and a fast-paced environment; performs all tasks in job description in a highly efficient manner | | | | ✓ | |
| 2. **Customer Driven** – Provides outstanding customer service (to both internal and external Customers); follows through on responsibilities to Customers; leaves all Customers satisfied | | | ✓ | | |
| 3. **Associate Sales Knowledge and Skills** – Demonstrates knowledge of all features of the Customer bonding process; incorporates the bonding process in every Customer interaction; demonstrates skill in bonding with Customers | | | ✓ | | |
| 4. **Product/Department Knowledge** – Demonstrates a high level of knowledge of products, services and procedures in specialty area and other areas; has a high level of job knowledge and understanding of systems, procedures, etc. | | | ✓ | | |
| 5. **Driving Sales** – Demonstrates knowledge of all departments/areas and effectively promotes products and services; makes decisions in line with the goal of selling; ability to overcome Customer objections in order to make sales | | | ✓ | | |
| 6. **Ground Engaged** – Aware of how the work performed in the job and the goals of the organization are interrelated; aware of the competition; knows the business and industry | | | ✓ | | |
| 7. **Communicates Effectively** – Creates open channels of communication; adapts message to fit the audience; expresses ideas clearly and concisely; keeps others well-informed; listens carefully to input and feedback | | | ✓ | | |
| 8. **Acts with Integrity** – Demonstrates responsible and honest behavior in all roles, tasks and responsibilities | | | ✓ | | |
| 9. **Promotes Teamwork** – Demonstrates positive working relationships with co-workers and effectively handles conflict situations | | | ✓ | | |
| 10. **Demonstrates Inclusion** – Demonstrates understanding and respect for people of all backgrounds | | | ✓ | | |
| 11. **Self Development** – Seeks knowledge about all aspects of his/her business; is aware of his/her own strengths and weaknesses; seeks developmental feedback | | | ✓ | | |
| 12. **Safety Orientation** – Follows safety policies and procedures; identifies and corrects safety hazards; encourages others to work safely | | | | ✓ | |
| 13. **Enthusiasm** – Maintains and communicates a high level of enthusiasm, commitment and energy to all Associates | | | | ✓ | |
| **Other:** list other skill required of this Associate's particular position | | | | | |
| **Other:** list other skill required of this Associate's particular position | | | | | |

**Approval/Sign Off:**

_____ /  11/20/03
Associate                         Date

_Rackmous Rocess_ (signature)

_____ /  11/07/03
Leader                            Date

DEF0028