

# PERFORMANCE DISCUSSION TRACKING FORM

| Last Name: Havland | First Name: Ernie | Middle Initial: | Location #: 2671 | Dept #: 23/59 |

This form should be used to document performance discussions held with an associate. Indicate the issue that was discussed and the outcome of the discussion. Provide specific, tangible information. Keep this form in Associate's Personnel File.

Date: 11/19/04    Mgr/Sup initiating discussion: Ed Boylan, Bill Ska, Ken Bleakney
Reason for discussion: Due to the Poor Condition of Ernie's depts (Sign, Storis, Maintenance, Goc, Safety) We discussed w/Ernie that we were taking his Key Carrying Responsibility's Away From him so he Could Focus All of his Attention on Running his Departments. We Felt he needed to become more Ground

Date: _____    Mgr/Sup initiating discussion: Engaged in what was
Reason for discussion: going on in Dept 23 + 59 And the Added stress of Being Pulled Away was taking him Away From doing his job. We told him All the Asm's were Aware of this And For them not to Pull him From his Depts.

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

DEF0025