# Home Depot
## Performance and Development Summary

Name: Ernie Haviland (as it appears on associate's paycheck)   Business Unit/Component: Floor & Decor   Title: Dept Head

**For Hourly Associates, use Side 2 of this form as a reference for completing Performance and Development Summary

### Leader's Summary Assessment including achievement highlights, performance trends, and any key areas requiring additional attention.

This is a follow up to Ernie's last review. Unfortunately Ernie has been cast out for about 7 weeks w/only 1 week back. Ernie needs to get back to the basics. Ernie needs to focus on walking his Dept on a daily basis for sign, stock and maintenance issues. Then depending on the walk goes, give direction to his Associates and follow up to make sure they are coming back. Ernie has shown loved improvement and he needs to make sure this continues to turn his department around.

### Key Strengths
Knowledge of the Department
Self Development - Seeks weak points.
Acts with integrity.

### Key Development Needs
Aisle walks-
In stock
Key standards.
Get everyone involved.
GOR.

### Development Plans/Training
Aisle walks daily for Associates w/follow up
Push for 100% in stock level. Work w/DMA daily.
Make sure all Quotes are followed up and key standards
are up to speed.
Work list for- all Associates once daily + monthly
cycle this for cur list.

### Potential Next Positions/Timing [Ready Now, Short Term (1-2 yrs), etc.]
(For Hourly store positions, list jobs registered for in JPP)

| Position | Potential Timing |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

### Associate Comments (Attach Additional Sheet if Required)

| Overall Performance Code | | Leadership Code | | Potential Code | | Approval/Sign Off |
|---|---|---|---|---|---|---|
| I | O Outstanding | 1 | 1 Exemplary | II | * High Potential | Leader/Date: [signature] |
| | V Achiever | | 2 Effective | | + Promotable | |
| | P Performer | | 3 Acceptable | | = Grow in Position | Associate/Date: [signature] |
| | I Improvement Required | | 4 Deficient | | - Placement Issue | |

DISTRIBUTION: White–Associate File   Yellow–Payroll   Pink–Associate

HDS-676 (02/03)
HR-PM-03

DEF0027

# Performance and Development Summary (Side 2 – Hourly Associates)

Hourly Associates

Name: _____    Dept: _____

**Use For:** All hourly Store and Non-Store positions.

Consider the Associate's performance against expectations. Indicate the Associate's performance level by checking the relevant box. Refer to this information when completing side one of the *Performance and Development Summary*.

O = Outstanding    V = Achiever    P = Performer    I = Improvement Required

| | O | V | P | I | N/A |
|---|---|---|---|---|---|
| 1. **Gets Things Done** – Demonstrates the ability to get results despite a large workload, competing demands and a fast-paced environment; performs all tasks in job description in a highly efficient manner | | | | X | |
| 2. **Customer Driven** – Provides outstanding customer service (to both internal and external Customers); follows through on responsibilities to Customers; leaves all Customers satisfied | | | | X | |
| 3. **Associate Sales Knowledge and Skills** – Demonstrates knowledge of all features of the Customer bonding process; incorporates the bonding process in every Customer interaction; demonstrates skill in bonding with Customers | | | X | | |
| 4. **Product/Department Knowledge** – Demonstrates a high level of knowledge and understanding of products, services and procedures in specialty area and other areas; has a high level of job knowledge and understanding of systems, procedures, etc. | | | | X | |
| 5. **Driving Sales** – Demonstrates knowledge of all departments/areas and effectively promotes products and services; makes decisions in line with the goal of selling; ability to overcome Customer objections in order to make sales | | | | X | |
| 6. **Ground Engaged** – Aware of how the work performed in the job and the goals of the organization are interrelated; aware of the competition; knows the business and industry | | | | X | |
| 7. **Communicates Effectively** – Creates open channels of communication; adapts message to fit the audience; expresses ideas clearly and concisely; keeps others well-informed; listens carefully to input and feedback | | | X | | |
| 8. **Acts with Integrity** – Demonstrates responsible and honest behavior in all roles, tasks and responsibilities | | | X | | |
| 9. **Promotes Teamwork** – Demonstrates positive working relationships with co-workers and effectively handles conflict situations | | | | X | |
| 10. **Demonstrates Inclusion** – Demonstrates understanding and respect for people of all backgrounds | | | X | | |
| 11. **Self Development** – Seeks knowledge about all aspects of his/her business; is aware of his/her own strengths and weaknesses; seeks developmental feedback | | | X | | |
| 12. **Safety Orientation** – Follows safety policies and procedures; identifies and corrects safety hazards; encourages others to work safely | | | | X | |
| 13. **Enthusiasm** – Maintains and communicates a high level of enthusiasm, commitment and energy to all Associates | | | X | | |
| Other: list other skill required of this Associate's particular position | | | | | |
| Other: list other skill required of this Associate's particular position | | | | | |

Approval/Sign Off:

_____ / _____    _____ / _____
Associate                         Date            Leader                          Date

DISTRIBUTION: White–Associate File    Yellow–Payroll    Pink–Associate

DEF0026