

# PERFORMANCE DISCUSSION TRACKING FORM

| Last Name | First Name | Middle Initial | Location #: | Dept #: |
|---|---|---|---|---|
| Howland | Ernie | | 2671 | 23/59 |

This form should be used to document performance discussions held with an associate. Indicate the issue that was discussed and the outcome of the discussion. Provide specific, tangible information. Keep this form in Associate's Personnel File.

Date: 3/1/04    Mgr/Sup initiating discussion: Ed Boylan + Ken Bleakney
Reason for discussion: Ken + I met w/ Ernie to give him an update on his performance. I told Ernie while he has shown some improvement, there was a long way to go. Ernie needs to get into the Aisles and work on the GOR Process. He's doing to much work himself and need to get his people to work for him.

Date: _____    Mgr/Sup initiating discussion: Ernie was told to leave
Reason for discussion: "SMART" work list for his people and to follow up with them. Ernie was also told he was scheduled for DOT for the end of the month.

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

DEF0024

Case 1:04-cv-11466-RWZ   Document 13-19   Filed 07/15/2005   Page 2 of 3



# Performance Discussion Tracking Form

| Last Name: Holland | First Name: Ernie | Middle Initial: | Location #: 2670 | Dept #: 27 |

This form should be used to document performance discussions held with an associate. Indicate the issue that was discussed and the outcome of the discussion. Provide specific, tangible information. Keep this form in Associate's Personnel File.

**Date:** 3/22/04  **Mgr/Sup initiating discussion:** Ed Boylan, Ken Blenky, Bill Sh[ea]

**Reason for discussion:** The store manager annuals conducted a walk with Ernie Holland. Specific examples related to EOR, Power, in stock condition + shelf maintenance failures were noted. A store walk was scheduled for Friday 3/26.

**Date:** 3/26  **Mgr/Sup initiating discussion:** _____

**Reason for discussion:** Improvement was noted on EOR, instock updates + shelf maintenance. Ernie was informed by Bill Shea + Ed Boylan that his department looked better than on 3/22 but improvement was still needed.

**Mgr/Sup initiating discussion:** _____
**Reason for discussion:** _____

**Date:** _____  **Mgr/Sup initiating discussion:** _____
**Reason for discussion:** _____

**Date:** _____  **Mgr/Sup initiating discussion:** _____
**Reason for discussion:** _____

DEF0023



# PERFORMANCE DISCUSSION TRACKING FORM

| Last Name: Holland | First Name: Ernie | Middle Initial: | Location #: 2671 | Dept #: 23/59 |

This form should be used to document performance discussions held with an associate. Indicate the issue that was discussed and the outcome of the discussion. Provide specific, tangible information. Keep this form in Associate's Personnel File.

Date: 4/01/04    Mgr/Sup initiating discussion: Ed Boylan
Reason for discussion: Told Ernie he need to Pick up the Pace in the department And My Job was to Manage the Building And his job was to Run the Departments. Told Ernie the only time I see him is Outside having a smoke And he needs to get into the Aisles with his people.

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

Date: _____    Mgr/Sup initiating discussion: _____
Reason for discussion: _____

DEF0022