# Discipline Notice

**THE HOME DEPOT®**

The Company recognizes that you expect to be informed of what is expected of you and the consequences that will result if those expectations are not fulfilled. It is your responsibility to read and understand and abide by Company policies and rules of conduct. You will be held accountable for your conduct.

| Associate Name | Job Title | Location/Store No. | Department | Date of Hire |
|---|---|---|---|---|
| Ernie Howland | Dept Manager | R671 | 23/59 | 10/11/01 |

**What Action is Being Taken?**  ☐ Counseling Session   ☐ Final Counseling   ☒ Termination Session

**Check the Appropriate Work Rule Violation**

☒ Major Violation
☐ Minor Violation

☐ Respect
☐ Act with Integrity and Honesty
☐ Associate Behavior
☐ Attendance
☐ Company Policy, specify

☐ Following Instruction
☐ Promotion & Employment Standards
☐ Safety
☐ Sale, Offering, Possession or Use of Alcohol and Illegal or Otherwise Controlled Substances

☐ Weapons and Explosives
☐ Workplace Activity
☒ Other, specify  __Performance__

**State What Happened** (Attach Additional Sheets When Necessary)

For example, relevant information may include:
- When did it occur?
- Who was involved?
- Where did it occur?
- Impact to the Company.
- Other information.

Having Been on A Performance Improvement Plan Since 9/24/03, Ernie has not shown Specific and Consistent Improvement, In Running his Departments. Examples: GOR Process, Instock Condition, Shelf Maintenance.

**State the Improvement Required of the Associate**

At This Point in time Termination will take Place.

**Previous Notices**   Has Associate Received Previous Discipline Notices in the past 12 months?   ☒ Yes   ☐ No

All Disciplinary Action must go through the approval process prior to issuance to an associate. A salaried manager **and** the Human Resource Generalist of the facility or business unit must approve all disciplinary actions for an hourly associate. The Director of the business unit or District Manager **and** the Human Resource Generalist of the facility or business unit (DHRM in divisions or Director) must approve all disciplinary actions for a salaried associate. The HRVP and VP of the business unit must approve any disciplinary action for an associate at or above the facility/store manager level or an associate with ten (10) or more years of service.

**Approval** _[signature]_

**Manager Approval**
Signature: _William M. Shea_   Date: 4-15-04
Print Name: William M. Shea

**Signatures**  _Associate Refused to sign_  _[signature] 4/15/04_

**Associate Receiving Discipline Notice**   Date

By Signing this document, I acknowledge only that I have received the Discipline Notice. I do not represent that I am in agreement with the Notice. If this is a Counseling or Final Counseling, I acknowledge that future violations of any Company policy may result in disciplinary action, up to and including termination of employment.

**Supervisor / Manager Conducting Counseling Session**   Date

DEF0020

HDP-2302 (10/02)         White - Associate File    Canary - Associate