

# AAP/EEO Training Activity Log

| Date(s) of Training | Content of Training (e.g. AAP, sexual harassment, ADA, Employment Practices) | Audience for Training | Method used to Capture Associates Trained (e.g. T2, manual log) |
|---|---|---|---|
| 8/03 | Government Compliance | HRM Forum | T2 - 2666 |
| 10/03 | Government Compliance | HRM, SM + DM | T2 - 2758 |
| 11/03 | Government Compliance | SM | T2 - 2757 |
| 12/03 | Government Compliance | ASM, DS Update | T2 - 2758 |
| 12/03, 1/04 | Government Compliance | All Associates | T2 - 2760 - Ellearning |
| 6/04 | ADA/FMLA | HRM | T2 - 1434 |
| 6/04 | ADA/FMLA | ASM + SM | T2 - 1434 |
| 8/04 | Employment Practices | HRM, SM + DM | T2 - 2936 to 2843 |
| 12/04 | Government Compliance | All Associates | T2 - 2760 |
| 12/04 | Employment Practices | ASM + Supervisors | T2 - 2843 - Ellearning |

Confidential