UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST P. HOWLAND<br><br>            Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>            Defendant. | C.A. No. 04 CV 11466 (RWZ)<br><br>**DEFENDANT'S MOTION FOR LEAVE TO REPLY** |

      Pursuant to Local Rule 7.1B(3), Defendant Home Depot U.S.A., Inc. ("Home Depot" or "Defendant") hereby seeks leave to file a reply memorandum in support of its Motion for Summary Judgment. As grounds for this motion, Defendant states that Plaintiff's Memorandum of Law in Support of his Opposition contains arguments and incorporates declarations not addressed in Defendant's original motion. Accordingly, Defendant seeks leave to reply to these arguments.

Respectfully submitted,

HOME DEPOT, U.S.A., INC.

By its attorneys

Date: August 15, 2005

   /s/ Leah M. Moore       
Robert P. Joy (BBO No. 254820)
Leah M. Moore (BBO No. 658217)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts  02109
617-523-6666 (phone)
617-367-3125 (fax)

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 15th day of August 2005.

                                                    /s/ Leah M. Moore_____
                                                Leah M. Moore