UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 04 CV 11466 (RWZ)

_____
|
ERNEST P. HOWLAND,          |
                            |
        Plaintiff,          |
                            |
v.                          |
                            |
HOME DEPOT U.S.A., INC.,    |
                            |
        Defendant.          |
_____|

## PLAINTIFF'S OPPOSITION
## TO DEFENDANT'S MOTION FOR LEAVE TO REPLY

Pursuant to Local Rule 7.1(B)(2), plaintiff opposes the defendant's motion for leave to file a reply memorandum in support of its motion for summary judgment. In support hereof plaintiff submits that there is no unanticipated or novel legal principal or factual assertion set out in his opposition that would warrant departure from the procedure for the submission of summary judgment motions set out in Local Rule 56.1.

Dated: August 16, 2005

Respectfully submitted,
Ernest P. Howland,
By his attorneys,

*/s/ Charles E. Berg*
Charles E. Berg (BBO # 038580)
Office of Albert E. Grady
226 Montello Street
Brockton, MA 02301
Tel: 508-583-8562
Fax: 508-586-0734

1

**CERTIFICATE OF SERVICE**

I, Charles E. Berg, attorney of record for the above-named plaintiff ~~defendant~~ hereby certify that on the date set forth above I served a true copy of the attached document upon all the parties hereto by ~~delivery email facsimile certified mail/return receipt requested~~ first class postage addressed to each ~~party appearing pro se and to the~~ attorney of record for each other party.

*Charles E. Berg*
Charles E. Berg  (BBO# 038580)

C:\OFFICE\WPWIN\WPDOCS\CEBDOCS\CLIENT\HOWLANDE\OPPMOLV.WPD