UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERNEST P. HOWLAND<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>　　　　Defendant. | C.A. No. 04 CV 11466 (RWZ)<br><br>**DECLARATION OF<br>KENNETH M. BLEAKNEY** |

KENNETH M. BLEAKNEY, declares pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1.　I am currently employed by Home Depot, U.S.A., Inc. as the Human Resources Manager for the Avon, Massachusetts store. I have served in this capacity since mid-August 2003. Prior to joining the Avon store, I was the Human Resources Manager for the Brockton, Massachusetts store from November 2002 until my transfer to the Avon store in August 2003.

2.　I submit this declaration in support of Defendant's Motion for Summary Judgment.

3.　I drafted the March 22 and 26, 2004 Performance Discussion Tracking Form, Bates stamp number DEF 0023 annexed to the Declaration of Leah M. Moore as Tab K. To the best of my knowledge, the statements contained in the March 22 and 26, 2004 Performance Discussion Tracking Form are true and accurate.

4.　The March 22, 2004 entry indicates that Ed Boylan ("Boylan"), William Shea ("Shea"), and I conducted a walk of Plaintiff Ernest Howland's ("Howland") department.

Howland was present for the walk. Boylan, Shea, and I noted specific areas where Howland's performance was still lacking, including that department's "Grand Opening Ready" ("GOR") status, in stock condition, and shelf maintenance. A store walk was scheduled for Friday, March 26, 2004.

5. The March 26, 2004 entry indicates that Boylan, Shea, and I conducted the follow up walk indicated in the March 22, 2004 entry with Howland. Improvement was noted on Grand Opening Ready status of Howland's department, in stock condition, and shelf maintenance. During this walk, Howland was informed by Shea and Boylan that his department looked better than on March 22, 2004, but that improvement was still needed.

Dated:   Avon, Massachusetts
         August 20, 2005

                                          ___/s/ Kenneth M. Bleakney_____
                                          Kenneth M. Bleakney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for Plaintiff, Charles E. Berg, OFFICE OF ALBERT E. GRADY, 226 Montello Street, Brockton, MA 02401, by first-class mail this 31st day of August 2005.

                                          _/s/ Leah M. Moore_____
                                          Leah M. Moore