UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>ERNEST P. HOWLAND</u>
     **Plaintiff**

    CIVIL ACTION

 V.

    NO. <u>04CV11466-RWZ</u>

<u>HOME DEPOT U.S.A.</u>
     **Defendant**

## JUDGMENT

<u>ZOBEL, D. J.</u>

In accordance with the ENDORSED ORDER entered 2/1/06;

 JUDGMENT is entered for DEFENDANTS.

           By the Court,

<u>  2/2/06  </u>         <u>s/ Lisa A. Urso</u>
**Date**           **Deputy Clerk**